**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DIANA VOLAREVIC, individually and on behalf of a class, | ) ) ) | |
| PLAINTIFF, | ) ) | |
| v. | ) ) | |
| BLITT & GAINES, P.C., | ) ) | |
| DEFENDANT. | ) | <u>Jury Demanded</u> |

**<u>INDIVIDUAL AND CLASS ACTION COMPLAINT</u>**

Plaintiff, Diana Volarevic, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a finding that Defendant's actions violated the FDCPA, and to recover damages for Defendant's violations of the FDCPA, and alleges:

**<u>INTRODUCTION</u>**

Defendant Blitt & Gaines, P.C. is a debt collector that maintains a policy and practice of filing collection action complaints that are not verified, and thereafter filing motions for default and judgment against consumers that do not appear in court, that falsely state that the collection action complaints are in fact "verified". Aside from being materially false, Defendant's actions in this regard are deceptive, misleading and unfair. This is because under Illinois law, if a complaint is "verified", the plaintiff may use it to obtain a default judgment, and need not "prove-up" damages after having a default order entered, as would be the case if the complaint was unverified. Defendant's misrepresentations are thus calculated to effect the entry of judgment against consumers based on a materially false premise, and with less work. A misrepresentation that a complaint is already "verified" would also be less likely to be challenged by an unsophisticated consumer, who would believe that the "verified" complaint

1

was sworn to as being accurate, and thus would less susceptible to a defense. Plaintiff alleges that Defendant's actions violate the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*, on behalf of a class of similarly situated consumers.

Plaintiff also alleges that Defendant filed a motion for default and judgment that misrepresented that "service was proper" and that sought judgment on that basis, when in fact Defendant was at all times aware, from documents in possession of Defendant that are in the state court record, that it did not timely or properly serve the Plaintiff. Defendant was thus aware that service of process was improper, yet it proceeded to seek judgment from Plaintiff anyway.

Plaintiff was injured due to Defendant's actions and suffered a concrete harm as a result, since she was forced to hire and pay an attorney due to Defendant's actions, and pay an appearance fee in order to quash service in the state court and to prevent judgment from being entered on the "verified" complaint, which Defendant misrepresented was "properly served". Plaintiff alleges that Defendant's actions violate the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*, and seeks relief individually from Defendant on that basis.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA.

2.      Venue is proper in this District because parts of the acts and transactions occurred here and Defendant transacts substantial business here.

## PARTIES

3.      Plaintiff, Diana Volarevic, ("Plaintiff"), is a resident of the State of Illinois, from whom Defendant attempted to collect a delinquent consumer debt allegedly owed for a defaulted Synchrony Bank ("Synchrony") credit card account.

4.     Plaintiff is thus a consumer as that term is defined in 15 U.S.C. §1692a(3) of the FDCPA.

5.     Plaintiff is a natural person as that term is understood 15 U.S.C. §1692a(3) of the FDCPA.

6.     Defendant, Blitt & Gaines, P.C. ("Blitt" or "Defendant"), is a law firm that acts as a debt collector, as defined by § 1692a(6) of the FDCPA, because it regularly uses the mails and/or the telephone to collect, or attempt to collect, directly or indirectly, defaulted consumer debts on behalf of others.

7.     Blitt is authorized to conduct business in Illinois, and maintains a registered agent here. In fact, Blitt conducts business in Illinois.

8.     Blitt maintains an office at 775 Corporate Woods Parkway, Vernon Hills, IL 60061.

9.     Blitt uses the mails and telephone system in conducting its business.

10.     Blitt regularly files collection lawsuits in Illinois on behalf of Synchrony and other creditors to collect defaulted consumer debts.

11.     Blitt maintains a website: https://blittandgaines.com/.

12.     Blitt's website states in part as follows:

3

## Our Team

Our legal team consists of attorneys who concentrate their practice in legal collections, creditor bankruptcy representation, consumer litigation, FDCPA defense, judgment domestication and enforcement, replevin, and detinue.

Our firm's continued success is attributed to our hard-working and dedicated support teams and a compliance team that ensures our debt collection practices are consistent and compliant.

Blitt & Gaines, P.C. Accessed November 30, 2022 . https://blittandgaines.com/about/.

13.     Blitt's website further states in part:

─ Who is Blitt and Gaines, P.C.?

We are a law firm that represents creditors. Our clients have asked that we assist them in resolving the past due obligations of their customers. We do this by understanding everyone's financial situation is different and it is our job to listen. Our firm wants to know how we can help you resolve your account.

Blitt & Gaines, P.C. Accessed November 30, 2022 . https://blittandgaines.com/frequently-asked-questions/#toggle-id-1.

## **FACTUAL ALLEGATIONS**

14.     Plaintiff incurred a debt for goods and services purchased and used for personal purposes, for a Synchrony Bank ("Synchrony") credit card account ("alleged debt"). The alleged debt is thus a "debt" as that term is defined by § 1692a(5) of the FDCPA.

15.     Due to her financial circumstances, Plaintiff could not pay the alleged debt, and it went into default.

16.     Synchrony thereafter placed the debt with Blitt for collection from the Plaintiff.

17.     On or about December 10, 2021, Blitt filed a complaint titled "Breach of Contract Complaint" ("Complaint") on behalf of Synchrony against Plaintiff in the Circuit Court of Cook County Illinois, First Municipal District, in the case captioned *Synchrony Bank v. Diana Volarevic*, Case No. 2021-M1-125881 ("State Action"). (Exhibit A, Complaint).

18.     The Complaint filed in the State Action conveyed various information regarding the alleged debt to Plaintiff, including the name of the original creditor, the amount allegedly due, and the party to whom the debt is currently owed.

19.     The Complaint is a communication as defined at § 1692a(2) of the FDCPA.

20.     On December 10, 2021, the Court issued a 30-Day Summons ("Summons") in connection with the State Action Complaint. (Exhibit B, 30-Day Summons).

21.     The Summons expressly stated in part as follows: "The Summons may not be served more than 30 days after its date". (Exhibit B, 30-Day Summons).

22.     Defendant thereafter placed the State Action Complaint and Summons with the Cook County Sheriff.

23.     On January 11, 2022, the Cook County Sheriff served Plaintiff with a copy of the State Action Complaint and Summons.

24.     Plaintiff read the Complaint and Summons, which stated that it may not be served more than 30 days after its date, but also stated that Plaintiff was required to file an appearance in the State Action within 30 days of the date she was served with the same.

25.     The Summons was served more than 30 days after its date.

26.     The Summons threatened a "judgment by default" against Plaintiff if she did not appear in the State Action within 30 days of the date on which she was served.

27. On or around January 27, 2022, the Sheriff's Office of Cook County filed an "Affidavit of Service", that states in part as follows:

**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

| | | | | | | |
|---|---|---|---|---|---|---|
| **CASE NUMBER:** 20211125881 | | **SHERIFF NUMBER:** 50128353 | **MULT. SER.:** 1 | | **DOC. TYPE:** SMMNS | |
| **DIE DATE:** 01/11/2022 | **RECEIVED DATE:** 12/21/2021 | | **FILED DATE:** 12/10/2021 | | **DIST:** 613 | |

| | | | | |
|---|---|---|---|---|
| **DEFENDANT:** VOLAREVIC, DIANA | | **PLAINTIFF:** | SYNCHRONY BANK | |
| **ADDRESS:** 3639 N PINE GROVE | | **ATTORNEY:** | BLITT GAINES PC | |
| **CITY:** CHICAGO | | **ADDRESS:** | 3639 CORPORATE WOODS PKY | |
| **STATE:** IL **ZIP CODE:** 60613 | | **CITY:** | VERNON HILLS | |
| **ATTACHED FEE AMT:** | | **STATE:** IL **ZIP CODE:** 60061 | | |
| **SERVICE INFORMATION:** | | | | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☑ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE ___ DAY OF ___ 20___.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☐ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ___COMPANY___BUSINESS ___ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

**(8)** AND BY MAILING ON THE ___ DAY OF ___ 20 ___ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY CITATION.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | | |
|---|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED | |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT | |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY | |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) | |

**EXPLANATION:**

| | | | |
|---|---|---|---|
| **WRIT SERVED ON:** DIANA VOLAREVIC | | **ATTEMPTED SERVICES** | |
| **SEX:** F **RACE:** WH **AGE:** 29 | | Date Time Star # | |
| **THIS** 11 **DAY OF** Januar 20 22 y | | | |
| **TIME:** 10:29 AM | | | |

THOMAS J. DART,
SHERIFF, BY: /S/   LOPEZ, JORGE #11535                    , DEPUTY

Page 1 of 2

(Exhibit C, Affidavit of Service).

28. The Summons was issued on December 10, 2021. (Exhibit B, 30-Day Summons).

29. According to the "Affidavit of Service", the Summons was served on January 11, 2022. (Exhibit C, Affidavit of Service)

30. The Summons served on Defendant was a "30-Day Summons".

31. Illinois Supreme Court Rule 102 provides in part as follows:

**Service of Summons and Complaint; Return**

**(a) Placement for Service**. Promptly upon issuance, summons (together with copies of the complaint as required by Rule 104) shall be placed for service with the sheriff or other officer or person authorized to serve process.

**(b) When Service Must Be Made**. <u>No summons in the form provided in paragraph (d) of Rule 101 may be served later than 30 days after its date.</u> A summons in the form provided in paragraph (b) of Rule 101 may not be served later than three days before the day for appearance.

. . .
Ill. Sup. Ct., R 102 (emphasis added)

32. The 30-Day summons served on Defendant was "in the form provided in paragraph (d) of Rule 101", which provides:

. . .

**(d) Summons Requiring Appearance Within 30 Days After Service**. In all other cases the summons shall require each defendant to file his answer or otherwise file his appearance within 30 days after service, exclusive of the day of service (see Rule 181(a)), and shall be prepared by utilizing, or substantially adopting the appearance and content of, the form provided in the Article II Forms Appendix

33. The Summons was thus required to have been served not later than 30 days after its date, as it was a "Summons Requiring Appearance Within 30 days After Service" as understood under Illinois Supreme Court Rule 101(d).

34. The Summons was thus required to have been served on or by January 10, 2022.

35.     Simple math would reveal that the Summons was expired, as it was served more than 30 days after issuance, on January 11, 2022.

36.     Thus, the purported summons had thus expired and ceased to be valid before it was served on Defendant, as the document was not served within 30 days of its date as required in Supreme Court Rule 102(b). *First Collinsville Bank v. Johnson*, 2015 IL App (5th) 140081-U, ¶ 25. A 30-Day Summons must therefore be served within 30 days after its issuance. *Hardy v. Bankers Life & Casualty Co*., 19 Ill. App. 2d 75, 153 N.E.2d 269, 1958 Ill. App. LEXIS 445 (Ill. App. Ct. 1st Dist. 1958) (Trial court properly quashed the summons on defendants on the ground that the summons on each of them was served later than 30 days after issuance); Ill. Sup. Ct., R 102; See also *Radosevich v. Butler*, 2022 IL App (1st) 211571-U, ¶ 17 (stating "Under the supreme court rules, a plaintiff must serve the summons to a defendant no later than 30 days after its date of issuance. Ill. S. Ct. R. 102(b) (eff. May 28, 2021).

37.     The State Action court thus at no time acquired jurisdiction over the Plaintiff.

38.     Despite this fact, on November 4, 2022, Defendant filed a "Motion for Default and Judgment" (Exhibit D, Motion for Default).

39.     Defendant set the "Motion for Default and Judgment" for hearing on November 29, 2022. (Exhibit D, Motion for Default).

40.     Defendant thereafter mailed a copy of the "Motion for Default and Judgment" to Plaintiff.

41.     Plaintiff read and reviewed the "Motion for Default and Judgment".

42.     The "Motion for Default and Judgment" states in part as follows:

## MOTION FOR DEFAULT AND JUDGMENT

NOW COMES the Plaintiff, Synchrony Bank, by and through its attorneys, Blitt and Gaines, P.C., and moves this court for entry of an order of default and judgment, in support thereof states as follows:

1. A complaint in the above-captioned matter was filed to collect amounts due and owing.

2. Defendant(s) were properly served and have failed to file an appearance or otherwise plead.

Wherefore, Plaintiff respectfully requests that this court enter judgment for the amount as set forth in the Verified Complaint.

(Exhibit D, Motion for Default, ¶¶ 1-2).

43. The "Motion for Default and Judgment" thus states that "Defendant(s) was "properly served".

44. Plaintiff Diana Volarevic, (Defendant in the State Case) was not "properly served", however, as she was served more than 30 days after the Summons was issued.

45. The statement in the "Motion for Default and Judgment", that she was "properly served", is thus a misrepresentation.

46. Moreover, it is a misrepresentation that is ascertainable from the face of the Summons and Affidavit of Service, which state the date upon which the Summons was issued, and the date upon which Plaintiff was served with a copy of the same, respectively.

47. Indeed, the Summons on its face states that "The Summons may not be served more than 30 days after its date". (Exhibit B, 30-Day Summons).

48. Blitt knew the date upon which the Summons was issued, as the information is clearly ascertainable from the face of the Summons.

49. Blitt knew the date upon which the Summons was served, as the information is clearly ascertainable from the face of the Affidavit of Service.

9

50.     In fact, Blitt knew the dates upon which the Summons was served and issued *before* it proceeded to draft, file and serve upon Plaintiff the "Motion for Default and Judgment".

51.     Blitt thus knew that it served the Summons beyond the deadline required to obtain jurisdiction over Plaintiff, yet it thereafter proceeded to seek judgment against Plaintiff anyway.

52.     Plaintiff was confused upon receipt of the Summons, as it stated that it may not be served more than 30 days after its date, yet it was served more than 30 days after its date.

53.     The Summons also stated that she was required to file an appearance in the State Action within 30 days of the date she was served with the same.

54.     Plaintiff was confused by the statement that she was "properly served" contained in the "Motion for Default and Judgment", since the Summons states on its face states that it may not be served more than 30 days after its date, yet Defendant alleges in its "Motion for Default and Judgment" that she was "properly served" despite that Summons was served more than 30 days after its date.

55.     Plaintiff was also confused about what the Motion meant by referring to a "Verified Complaint", as she believed that the complaint was not subject to any defenses, challenge or dispute, because it was "verified", and thus she believed that it was confirmed as being valid and accurate.

56.     Plaintiff hired and paid an attorney due to her confusion, after being served with a copy of the "Motion for Default and Judgment".

57.     Plaintiff was required to pay an appearance fee to contest jurisdiction in the State Action, and did pay said fee.

58.     Plaintiff would not have had to pay an appearance fee and hire an attorney if Blitt had followed the law, recognized that she had not been properly served, and accordingly had not sought to obtain a judgment against her via the filing of the "Motion for Default and Judgment".

59.     Judgment would have been entered against Plaintiff had she not hired and paid an attorney to defend her in the State Action.

60.     However, judgment would have been *improperly* entered against Plaintiff had she not hired an attorney to defend her in the State Action.

61.     Plaintiff's attorney thereafter filed an appearance and motion to quash service in the State Action. (Exhibit E, Motion to Quash).

62.     Though the "Motion for Default and Judgment" refers to a "Verified Complaint", no document titled "Verified Complaint" has been filed against Plaintiff, nor is the complaint that was filed in the State Action a "verified" one.

63.     By referring to "the Verified Complaint", Blitt is communicating that there is a document in existence that has been filed with the Court which is titled "Verified Complaint", and which is thus "verified". This means that every allegation in the complaint is sworn to, under oath, as being accurate. 735 ILCS 5/2-605.

64.     The operative Complaint is titled "Breach of Contract Complaint", however, and it is not "verified" pursuant to 735 ILCS 5/2-605.

65.     The reference to "the Verified Complaint" is thus a false one.

66.     The "Motion for Default and Judgment" thus misrepresents that the Complaint is verified.

67.     The misrepresentation is material. This is because, under Illinois law, if the complaint is verified, the plaintiff may use it to obtain a default judgment, and need not "prove-

11

up" damages after having a default order entered, as would be the case if the complaint is unverified. *Marren Builders Inc. v. Lampert*, 307 Ill App3d 937, 719 NE2d 117, 241 Ill Dec 256 (2nd Dist 1999).

68.     Thus, the misrepresentation that Defendant filed a "Verified Complaint" is calculated to effect entry of judgment more easily than if the complaint were not verified, since no prove-up is necessary when a complaint is "verified".

69.     An unsophisticated consumer would be less likely to challenge the veracity of a complaint that was described as being "verified", and would thus be less willing to defend against a motion seeking default that described the allegations as already being "verified". This is because said unsophisticated consumer would likely believe that such a motion and/or complaint is not subject to challenge or dispute.

70.     An unsophisticated consumer would be confused and/or fooled by Defendant's statement that service was proper, and that the complaint was "verified", as an unsophisticated consumer would not be expected to know or understand Illinois law as it applies to pleadings or service of process requirements.

71.     Plaintiff was fooled into believing that: she was required to enter an appearance, she was properly served, and that Synchrony had a right to obtain judgment against her.

72.     Defendant filed a response to Plaintiff's Motion to Quash in which Defendant concedes that service was improper.

73.     The State Action Court thus did not have personal jurisdiction over Plaintiff.

74.     Plaintiff's Motion to Quash was granted on November 28, 2022.

75.     Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard.  *See*, *Gammon v. GC Services, Ltd. Partnership*, 27 F.3d 1254, 1257 (7th Cir. 1994).

## COUNT I-FAIR DEBT COLLECTION PRACTICES ACT—INDIVIDUAL COUNT

76.     Plaintiff re-alleges paragraphs 1-75 as if set forth fully in this count.

77.     Blitt violated 15 U.S.C. §§ 1692e, 1692f, and 1692d when it misrepresented that Plaintiff was served properly in its "Motion for Default and Judgment" sent to Plaintiff, and by seeking judgment based on that misrepresentation.

78.     Blitt violated 15 U.S.C. §§ 1692e, 1692f, and 1692d when it misrepresented in its "Motion for Default and Judgment" that Synchrony was entitled to judgment in the State Action, which was a false statement since the State Action Court never obtained jurisdiction over the Plaintiff, and thus could not properly enter judgment against her.

79.      Blitt violated 15 U.S.C. §§ 1692e, 1692e(5), 1692e(10) and 1692f by falsely threatening the entry of judgment in its "Motion for Default and Judgment", as such an action cannot legally be taken, misrepresents that the State Action Court has jurisdiction to do so, and is otherwise unfair, deceptive, misleading and false.

80.     Blitt violated 15 U.S.C. §§ 1692e(5) by falsely threatening the entry of judgment in its "Motion for Default and Judgment", as such an action cannot legally be taken.

81.     Blitt violated 15 U.S.C. §§ 1692e, 1692e(5), 1692e(10) and 1692f by the act of filing and serving the "Motion for Default and Judgment", as such an action cannot legally be taken, misrepresents that the State Action Court has jurisdiction to do so, and is otherwise unfair, deceptive, misleading and false.

82.   Blitt violated 15 U.S.C. §§ 1692e, 1692f, and 1692d when it misrepresented in its Summons that judgment would be entered against her if she did not appear in the State Action within 30 days.

83.   Plaintiff expended time and money as a result of Defendant's violations of the FDCPA, including by having to pay an attorney to file a motion to quash the improper service and by having to pay an appearance fee in the State Action.

84.   Plaintiff lost sleep due to Defendant's actions, described above, and also experienced nausea and feelings of a racing heart as a result.

85.   Plaintiff has thus suffered a concrete injury as a result of Defendant's actions.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in favor of Plaintiff and against Blitt as follows:

A.   Statutory and actual damages in favor of Plaintiff pursuant to 15 U.S.C. § 1692k;

B.   Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k;

C.   Such other or further relief as the Court deems proper.

## COUNT II-FAIR DEBT COLLECTION PRACTICES ACT—CLASS COUNT

86.   Plaintiff re-alleges paragraphs 1-85 as if set forth fully in this count.

87.   Blitt violated 15 U.S.C. §§ 1692e, 1692e(2), 1692e(5), 1692e(10), 1692f, and 1692d when it misrepresented in its "Motion for Default and Judgment", a copy of which was served on  Plaintiff, that the complaint filed against Plaintiff was a "Verified Complaint", and when it sought judgment thereafter based in part on that misrepresentation.

## CLASS ALLEGATIONS

88. Plaintiff brings this action individually and as a class on behalf of (1) all persons residing in Cook County (2) from whom Blitt attempted to collect an alleged delinquent debt by filing a collection lawsuit (3) where the allegations in the lawsuit were not verified pursuant to 735 ILCS 5/2-605 (4) and Blitt thereafter filed and served a motion for default and judgment identifying the complaint as a "Verified Complaint" (5) which lawsuit was filed during the period of time that begins one year prior to the filing of this Class Action Complaint, and ends on the date of filing of this Class Action Complaint.

**Numerosity**

89. Upon information and belief, Blitt has filed more than 40 lawsuits wherein it filed a motion for default and judgment that referred to an unverified complaint as being verified, and thereafter served a copy of said motion on a consumer in connection with the collection of a debt from said consumer.

90. The exact number of members of the putative class are unknown and not available to Plaintiff at this time, but it is clear that individual joinder is impracticable.

91. The "Motion for Default and Judgment" is a form motion used by Blitt.

92. The "Motion for Default and Judgment" was created from a template.

93. Members of the Putative class can be objectively identified from the records of Defendant.

**Commonality and Predominance**

94. There are many questions of law and fact common to the claims of Plaintiff and the putative class, and those questions predominate over any questions that may affect individual members of the putative class. Those common questions

include whether the filing of a motion for default and judgment that refers to a collection complaint as being "the Verified Complaint", when said complaint was neither verified nor originally referred to or titled as such, violated the FDCPA.

**Typicality**

95. Plaintiff's claims are representative of the claims of other members of the putative class.

96. Plaintiff's claims are typical of members of the putative class because Plaintiff and members of the putative class are entitled to statutory damages as result of Blitt's conduct.

**Superiority and Manageability**

97. This case is also appropriate for class certification as class proceedings are superior to all other available methods for the efficient and fair adjudication of this controversy.

98. The damages suffered by the individual members of the putative class will likely be relatively small, if any, and would not be worth pursuing on an individual basis especially given the burden and expense required for individual prosecution.

99. By contrast, a class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

100. Economies of effort, expense, and time will be fostered and uniformity of decisions ensured.

**Adequate Representation**

101. Plaintiff will adequately and fairly represent and protect the interests of

the putative class.

102.  Plaintiff has no interests antagonistic to those of the putative class, and Blitt has no defenses unique to Plaintiff.

103.  Plaintiff has retained counsel which has been approved as class counsel in previous FDCPA class action lawsuits.

**Article III Standing**

104.  Plaintiff and the Class members suffered a concrete harm in a redressable manner as a result of Blitt's false statements that unverified complaints were verified, and Blitt's actions also increased the risk of harm to Plaintiff and the Class by misrepresenting that the complaints filed by Blitt were verified, which made entry of judgment as to those individuals both more likely as well as less burdensome to Defendant as a result of said misrepresentation.

105.  Plaintiff expended time and money in having to address the false statements made by Blitt, including by having to pay money to both the Court and for legal representation to address said false statements relating to the unverified complaint at issue.

106.  Plaintiff was fooled into believing that she could not challenge the allegations in the complaint, since Defendant communicated that the complaint was "verified", and thus not subject to challenge according to Plaintiff's understanding.

107.  Plaintiff and the Class Members suffered a concrete harm as judgments were entered against the class members based on a misrepresentation as to the legal nature of a pleading, that would not have been entered had said misrepresentation been made. Namely, Defendant's policy of misrepresenting the nature of the collection

complaints it files, when seeking judgment against consumers, makes the entry of judgment more likely. This is because the act of representing a collection complaint as "verified" allows the court to skip a "prove-up hearing" and directly and immediately enter judgment against a consumer.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in favor of Plaintiff and the putative class and against Blitt as follows:

A.    Statutory and actual damages in favor of Plaintiff and all class members pursuant to 15 U.S.C. § 1692k;

B.    Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3);

C.    Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiffs demand trial by jury.

By: /s/ Mario Kris Kasalo
Mario Kris Kasalo

Mario Kris Kasalo
**The Law Office of M. Kris Kasalo, Ltd.**
4950 Madison St
P.O. Box 1425
Skokie, IL 60077
Tel 312-726-6160
Fax 312-698-5054
mario.kasalo@kasalolaw.com

## **NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

By: /s/ Mario Kris Kasalo
Mario Kris Kasalo

**EXHIBIT A**

Return Date: No return date scheduled
Hearing Date: 7/5/2022 11:00 AM
Location: Court Room 1101
Judge: Allegretti, John Michael

FILED DATE: 12/10/2021 9:48 AM   20211125881

FILED
12/10/2021 9:48 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

15903928

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Synchrony Bank

      Plaintiff,

    vs.

Diana Volarevic

      Defendant.

No. 20211125881

Return Date:

Amount Claimed: $2,520.46
Plus Court Costs

### BREACH OF CONTRACT COMPLAINT

Plaintiff, Synchrony Bank, by its attorneys, Blitt and Gaines P.C., as and for its complaint herein against Defendant, hereby alleges as follows:

1.    The Defendant(s) opened a charge account and/or line of credit with Synchrony Bank or its predecessor in interest on CareCredit, whereby Defendant(s) could charge goods and/or services to the account and/or receive cash advances.

2.    The account was opened on April 16, 2018.

3.    The last four digits of the account number are XXXXXXXXXXXX7355.

4.    The account was charged off on December 22, 2020.

5.    The account was issued by CareCredit.

6.    The Defendant(s) used the account, thereby agreeing to all of the terms and conditions in place at the time of such use. See attached terms and conditions.

7.    Defendant(s) subsequently defaulted by failing to make the minimum payment(s).

8.    After receiving all payments, debits, credits and set offs, there is now due and owing from Defendant(s) to Plaintiff the sum of $2,520.46.

9.    Due demand has been made on the Defendant(s) to pay this amount and the Defendant(s) have failed to do so.

10.    By reason of the foregoing, Plaintiff is entitled to judgment against Defendant(s) for breach of contract in the sum of $2,520.46, plus court costs.

11.     This suit has been filed within the relevant statute of limitations.

        WHEREFORE,  Plaintiff requests judgment for breach of contract in the sum of $2,520.46, plus court costs.


Blitt and Gaines, P.C.                          /s/Shannon N. Stolzer ARDC# 6327648
775 Corporate Woods Parkway                     Attorney for the Plaintiff
Vernon Hills, IL 60061
(888) 920-0620 TTY: 711
pleadings2@blittandgaines.com
21000769
32887


This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

FILED DATE: 12/10/2021 9:48 AM   20211125881

FILED DATE: 12/10/2021 9:48 AM   20211125881

| SYNCHRONY BANK , | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| DIANA VOLAREVIC , | ) |
| Defendant(s) | ) |
| | ) |
| | ) |

CREDIT CARD OR DEBT BUYER COLLECTION ACTION AFFIDAVIT
(SUPREME COURT RULE 280.2)

INSTRUCTIONS: Provide the following information and documents. Supreme Court Rule 280.1 provides the definitions of the terms in this Affidavit.

Comes now Affiant, and states:

☒ I am a designated Agent of <u>SYNCHRONY BANK</u> (Plaintiff)

I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the record keeping practices of Plaintiff. The following representations are true according to documents kept in the normal course of Plaintiffs business and/or my personal knowledge:

1.    IDENTIFICATION ABOUT THE CONSUMER DEBT OR ACCOUNT

Complete the tables below.

a.  As of charge-off date:

| Full name of the creditor | Full name of the defendant as it appears on the account | Last four digits of the account number | Date the account was opened or the debt originated | Nature of the debt, (credit card debt, payday loan, retail installment loan, etc.) |
|---|---|---|---|---|
| SYNCHRONY BANK | DIANA VOLAREVIC | 7355 | 04/16/2018 | credit card debt |

FILED DATE: 12/10/2021 9:48 AM 20211125881

    b.   The most recent activity on the account prior to or after charge-off, includes:

| Charge-off Balance | Charge-off Date | Date of Last Payment | Amount of Last Payment | Total Amount of credits and/or Payments Since Charge-off Date* |
|---|---|---|---|---|
| $2,520.46 | 12/22/2020 | 03/17/2020 | $40.00 | $0.00 |

   *  Last payment on the account, pre or post charge off.
  **  Credits or payments made within 30 days of the signing of this affidavit may not be reflected

   c.  For a revolving credit account, plaintiff further certifies that it has in its possession and can produce on request the most recent monthly statement recording a purchase, transaction last payment or balance transfer.

2. PROOF OF OWNERSHIP OR RIGHT TO SUE FOR DEBT BUYERS

Complete the table and list the prior owners or creditors since the charge-off date. Start with the first assignment through the current creditor or owner of the consumer debt. List in chronological order, beginning with the first assignment:

| From (Name) | To (Name) | Date of Assignment (On or About) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☒ Does not apply — Plaintiff is the charge-off creditor.

Version: 1.0_IL_06_07_2020

FILED DATE: 12/10/2021 9:48 AM  20211125881

3. ADDITIONAL ACCOUNT INFORMATION AFTER CHARGE-OFF

☒ No

☐ Yes.

    ☐ Total amount of interest accrued: $ _____.

    ☐ Total amount of non-interest charges or fee accrued $ _____.

    ☐ Plaintiff is seeking attorney's fees in the amount of $ _____.

    ☐ Returned payment(s) in the amount of $_____.

Balance due and owing as of date of affidavit: **$2,520.46**

\* Costs paid for in the Complaint will not be reflected.

ISAIAH BOLLER SIMS                      Monday, November 15, 2021
Name of Affiant          Signature of Affiant         Date

Notary Public

My commission expires: 3/15/24

ERICK ADAMES RAMIREZ
Notary Public-State of Florida
Commission # GG 969263
My Commission Expires
March 15, 2024

ERICK ADAMES RAMIREZ
Notary Public-State of Florida
Commission # GG 969263
My Commission Expires
March 15, 2024

Version: 1.0_IL_06_07_2020

Department of Defense Manpower Data Center

Results as of : Nov-15-2021 01:57:58 PM

SCRA 5.11



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:            XXX-XX-5718
Birth Date:     Dec-XX-1980
Last Name:      VOLAREVIC
First Name:     DIANA
Middle Name:
Status As Of:   Nov-15-2021
Certificate ID: FN141MJ3CP1F1NW

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

FILED DATE: 12/10/2021 9:48 AM   20211125881

FILED DATE: 12/10/2021 9:48 AM   20211125881

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

FILED DATE: 12/10/2021 9:48 AM 20211125881

CARECREDIT/SYNCHRONY BANK

**synchrony**

DIANA VOLAREVIC
Account Number : ▇▇▇▇▇▇ 7355
Statement Closing Date: 11/24/2020

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,386.70 |
| + New Purchases | $0.00 |
| - Payments | $0.00 |
| +/- Credits, Fees & Adjustments (net) | $40.00 |
| +/- Interest Charge (net) | $53.76 |
| **New Balance** | **$2,480.46** |
| Credit Limit | $1,950.00 |
| Available Credit | $0.00 |
| Overlimit Amount | $530.46 |
| **Days in Billing Period** | **30** |

**Pay online for free at: mysynchrony.com**
**For Synchrony Bank customer service or to report your card lost or stolen, call (1-866-893-7864).**

Best times to call are Wednesday - Friday.

## Payment Information

| | |
|---|---|
| New Balance | $2,480.46 |
| Minimum Payment This Period | $119.00 |
| Amount Past Due | $621.00 |
| **Total Minimum Payment Due** | **$740.00** |
| Payment Due Date | 12/17/2020 |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.**
We may convert your payment into an electronic debit. See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $40.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 years | $5,026.00 |

If you would like information about credit counseling services, call 1-877-302-8797.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| | | | **FEES** | |
| 11/17/2020 | 11/17/2020 | | LATE FEE | $40.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$40.00** |
| | | | **INTEREST CHARGED** | |
| 11/24/2020 | 11/24/2020 | | INTEREST CHARGE ON PURCHASES | $53.76 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$53.76** |

| 2020 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2020 | $240.00 |
| Total Interest Charged in 2020 | $454.88 |
| Total Interest Paid in 2020 | $14.34 |

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 26.99% | $2,422.44 | $53.76 |

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5302      DFR      1     7 22 201124      EXPAGE 1 of 3      9072 3600 C6J9 C1DG5302

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.



| Total Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number |
|---|---|---|---|---|
| $740.00 | $621.00 | 12/17/2020 | $2,480.46 | ▇▇▇▇▇ 7355 |

**Payment Enclosed:** $ ▢▢▢▢▢.▢▢

☐ **New address or e-mail?**
Check the box at left and print changes on back

Payment due includes $ 621.00 past due. Please pay the past due amount PROMPTLY.

DIANA VOLAREVIC
MONARCH LEGAL GROUP
203 N LA SALLE ST STE 2100
CHICAGO IL 60601-1226

Make Payment to: SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

FILED DATE: 12/10/2021 9:48 AM  20211125881

**Customer Service:** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to P.O. Box 965033, Orlando, FL 32896-5033. Please include your account number on any correspondence you send to us.
**Payments:** Send payments to the address listed on the remittance coupon portion of this statement or pay online at www.mysynchrony.com.
**Overnight Payments:** Payments cannot be made in person; mail payments to Synchrony Bank, 140 Wekiva Springs Road, Longwood, FL 32779.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965035, Orlando, FL 32896-5035.

Purchases, returns and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the remittance coupon) in your own envelope – not the enclosed remittance envelope, addressed to: PO Box 530989, Atlanta, GA 30353-0989 and not the payment address.**

### What To Do If You Think You Find A Mistake On Your Statement:

If you think there is an error on your statement, write to us at:
Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035.

In your letter give us the following information:

- *Account information:* Your name and account number
- *Dollar amount:* The dollar amount of the suspected error
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Synchrony Bank
P.O. Box 965035, Orlando, FL 32896-5035

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

*Information About Payments:* **You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.** Payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your account may be delayed up to five days if payment (a) is not received at the payment address, (b) is not mailed in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check or correspondence of any type.

*Conditional Payments:* All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes 'payment in full' or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at:

P.O. Box 965035, Orlando, FL 32896-5035.

*Credits To Your Account:* An amount shown in parenthesis is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

*Credit Reports and Account Information:* If you believe that we may have reported inaccurate information about you to a consumer-reporting agency, please contact us at P.O. Box 965036, Orlando, FL 32896-5036. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*How We Calculate Interest:* We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

*Bankruptcy Notice:* If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064.

**Your account is owned and serviced by Synchrony Bank.**

*Use of Information About You and Your Account:* Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call us at the customer service telephone number indicated on the front of this statement.

[35453A]

O1DG5302 - 1 - 02/07/18

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address and/or phone number, please check the box and print the changes below.

| Street Address | |
| City, State | |
| ZIP | |
| Phone # | |

*Home Phone #  *Business Phone #  *Cell # or other phone # we can use to contact you

Remember, you can update the above information as well as your email address online at www.mysynchrony.com.

FILED DATE: 12/10/2021 9:48 AM 20211125881

### Cardholder News & Information

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

As a reminder, we charge interest on your purchases from the date you make the purchase until you pay the purchase in full. We will not charge you interest during a billing cycle on any non-promotional purchases if: 1) you had no balance at the start of the billing cycle; or 2) you had a balance at the start of the billing cycle and you paid that balance in full by the due date in that billing cycle. We always charge interest on promotional purchases and their related fees from the date you make the purchase.

You can pay your bill online or over the phone. We noticed you've been enjoying our easy paperless payment options, so we will no longer be including return envelopes. You can make things even easier by selecting the paperless statement option on your account online.

FILED DATE: 12/10/2021 9:48 AM   20211125881

CARECREDIT
[RTWF850042D]
T&C-PLCC
ORG RT30697AM
10/3/2017-4/1/2019

**SYNCHRONY BANK**

**CARECREDIT CREDIT CARD ACCOUNT AGREEMENT**

**SECTION I: RATES AND FEES TABLE**

**Information from Section I of this Agreement is provided in the accompanying Pricing Information Addendum.**

**SECTION II: RATES, FEES AND PAYMENT INFORMATION OF THE CARECREDIT CREDIT CARD ACCOUNT AGREEMENT**

| How Interest Is Calculated | |
|---|---|
| **Your Interest Rate** | We use a daily rate to calculate the interest on the balance on your account each day. The daily rate for purchases is the APR times 1/365. Interest will be imposed in amounts or at rates not in excess of those permitted by applicable law. See the accompanying Pricing Information Addendum for your specific APR. |
| **When We Charge Interest** | We charge interest on your purchases from the date you make the purchase until you pay the purchase in full. See exceptions below.<br><br>• We will not charge you interest during a billing cycle on any non-promotional purchases if:<br>1. You had no balance at the start of the billing cycle; OR<br>2. You had a balance at the start of the billing cycle and you paid that balance in full by the due date in that billing cycle.<br><br>We always charge interest on promotional purchases and their related fees from the date you make the purchase.<br><br>• We will credit, as of the start of the billing cycle, any payment you make by the due date that we allocate to non-promotional purchases if:<br>1. You had no balance at the start of the previous billing cycle; OR<br>2. You had a balance at the start of the previous billing cycle and you paid that balance in full by the due date in the previous billing cycle. |
| **How We Calculate Interest** | We figure the interest charge on your account separately for each balance type. We do this by applying the daily rate to the daily balance for each day in the billing cycle. A separate daily balance is calculated for the following balance types, as applicable: purchases and balances subject to different interest rates, plans or special promotions. See below for more details on how this works.<br><br>1. How to get the daily balance. We take the starting balance each day, add any new charges and fees, and subtract any payments or credits. This gives us the daily balance. Debt cancellation fees, if any, and late payment fees are treated as new purchases.<br>2. How to get the daily interest amount. We multiply each daily balance by the daily rate that applies.<br>3. How to get the starting balance for the next day. We add the daily interest amount in step 2 to the daily balance from step 1.<br>4. How to get the interest charge for the billing cycle. We add all the daily interest amounts that were charged during the billing cycle for each balance type.<br><br>We charge a minimum interest in any billing cycle in which you owe interest. Interest, as calculated above, is added as applicable to each balance type. Minimum interest charges in excess of the calculated interest are treated as new purchases. See the accompanying Pricing Information Addendum for the amount of your minimum interest charge. |

| How Fees Work | |
|---|---|
| **Late Payment Fee** | See the accompanying Pricing Information Addendum for the amount of this fee. |

**Minimum Payment Calculation**

See the accompanying Variable Terms Addendum for how your total minimum payment is calculated.

**Special Promotional Financing Offer Information**

At times, we may offer you special financing promotions for certain transactions ("special promotions"). The terms of this Agreement apply to any special promotions. However, any special promotional terms that are different than the terms in this Agreement will be explained on promotional advertising or other disclosures provided to you. Below is a description of certain special promotions that may be offered:

| | |
|---|---|
| • No Interest if Paid in Full Within 6 Months | For each promotion, if the promotional purchase is not paid in full within the promotional period, interest will be imposed from the date of purchase at the APR that applies to your account when the promotional purchase is made. |
| • No Interest if Paid in Full Within 12 Months | |
| • No Interest if Paid in Full Within 18 Months | See the accompanying Pricing Information Addendum for your specific APR. |
| • No Interest if Paid in Full Within 24 Months | |

When you make a qualifying purchase under one of these promotions, no interest will be charged on the purchase if you pay the promotional purchase in full within the applicable promotional period. If you do not, interest will be charged on the promotional purchase from the date of the purchase. A minimum purchase amount may be required for promotional offers longer than 6 months Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional balance. Offers are subject to credit approval. These promotional offers may not be available at all providers or at all times for all purchases. Please see any special promotion advertising or other disclosures provided to you for the full terms of any special promotion offered.

FILED DATE: 12/10/2021 9:48 AM   20211125881

## SECTION III: STANDARD PROVISIONS OF THE CARECREDIT CREDIT CARD ACCOUNT AGREEMENT

### ABOUT THE CREDIT CARD ACCOUNT AGREEMENT

**This Agreement.** This is an Agreement between you and Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020, for your credit card account. By opening or using your account, you agree to the terms of the entire Agreement. The entire Agreement includes the four sections of this document and the application you submitted to us in connection with the account. These documents replace any other agreement relating to your account that you or we made earlier or at the same time.

**Parties To This Agreement.** This Agreement applies to each accountholder approved on the account and each of you is responsible for paying the full amount due, no matter which one uses the account. We may treat each of you as one accountholder and may refer to each of you as "you" or "your". Synchrony Bank may be referred to as "we", "us" or "our".

**Changes To This Agreement.** We may change, add or delete terms of this Agreement, including interest rates, fees and charges.

**Special Promotions.** The terms of this Agreement apply to any special promotion. However, any special promotional terms that are different than the terms in this Agreement will be explained on promotional advertising or other disclosures provided to you.

### HOW TO USE YOUR ACCOUNT/CARD

**Use Of Your Account.** You may use your account only for lawful personal, family or household purposes. You may use your account for purchases from providers that accept the card.

**You Promise To Pay.** You promise to pay us for all amounts owed to us under this Agreement.

**Your Responsibility.** Each accountholder will receive a card. You may not allow anyone else to use your account. If you do, or if you ask us to send a card to someone else, you will be responsible for paying for all charges resulting from their transactions.

**Purchase Limits.** To prevent fraud, we may limit the number or dollar amount of purchases you can make in any particular amount of time. We also may decline any particular charge on your account for any reason.

**Credit Limit.** You will be assigned a credit limit that we may increase or decrease from time to time. If we approve a purchase that makes you go over your credit limit, we do not give up any rights under this Agreement and we do not treat it as an increase in your credit limit.

### HOW AND WHEN TO MAKE PAYMENTS

**When Payments Are Due.** You must pay at least the total minimum payment due on your account by 5 p.m. (ET) on the due date of each billing cycle. Payments received after 5 p.m. (ET) will be credited as of the next day. You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. If you have a balance subject to interest, earlier payment may reduce the amount of interest you will pay. We may delay making credit available on your account in the amount of your payment even though we will credit your payment when we receive it.

**Payment Options.** You can pay by mail, online or at certain dealers/merchants/retailers that accept the card and payments. We may allow you to make payments over the phone but we will charge you a fee to make expedited phone payments. Your payment must be made in U.S. dollars by physical or electronic check, money order or a similar instrument from a bank located in the United States.

**How To Make A Payment.** You must follow the instructions for making payments provided on your billing statement. If you do not, credit of your payment may be delayed up to five days. Your billing statement also explains how information on your check is used.

**Payment Allocation.** We will apply the required total minimum payment to balances on your account using any method we choose. Any payment you make in excess of the required total minimum payment will be applied to higher APR balances before lower APR balances. Applicable law may require or permit us to apply excess payments in a different manner in certain situations, such as when your account has a certain type of special promotion.

### INFORMATION ABOUT YOU

**Using and Sharing Your Information.** When you applied for an account, you gave us, providers that accept the card and program sponsors information about yourself that we could share with each other. Providers that accept the card and program sponsors (and their respective affiliates) will use the information in connection with the credit program and for things like creating and updating their records and offering you special benefits. More information about how we use and share information is set forth in the privacy policy for your account.

**Address/Phone Change.** You agree to tell us right away if you change your address or phone number(s). We will contact you at the address or phone number in our records until we update our records with your new address or phone number.

**Consent to Communications.** You consent to us contacting you using all channels of communication and for all purposes. We will use the contact information you provide to us. You also consent to us and any other owner or servicer of your account contacting you using any communication channel. This may include text messages, automatic telephone dialing systems and/or an artificial or prerecorded voice. This consent applies even if you are charged for the call under your phone plan. You are responsible for any charges that may be billed to you by your communications carriers when we contact you.

**Telephone Monitoring.** For quality control, you allow us to listen to or record telephone calls between you and us.

### IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Closing Your Account.** You may close your account at any time by sending a letter to the address shown on your billing statement or calling customer service. We may close your account at any time, for any reason. If your account is closed, you must stop using it. You must still pay the full amount you owe and this Agreement will remain in effect until you do.

**Collection Costs.** If we ask an attorney who is not our salaried employee to collect your account, we may charge you our collection costs. These include court costs and reasonable attorneys' fees.

**Credit Bureau Reporting.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be shown in your credit report. Tell us if you think we reported wrong information about you to a credit bureau. Write to us at Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036. Tell us what information is wrong and why you think it is wrong. If you have a copy of the credit report that includes the wrong information, send us a copy.

**Default.** You are in default if you make a late payment, do not follow any other term of this Agreement or become bankrupt or insolvent. If you default or upon your death, we may (a) request payment of the full amount due right away, (b) take legal action to collect the amounts owed, and/or (c) take any other action allowed.

**Disputed Amounts.** The billing rights summary in section IV of this Agreement describes what to do if you think there is a mistake on your bill. If you send us correspondence about a disputed amount or payment, you must send it to the address for billing inquiries. We do not give up any rights under this Agreement if we accept a payment marked "payment in full" or given with any other conditions or limitations.

**Unauthorized Use.** If your card is lost, stolen or used without your consent, call us immediately at 1-866-396-8254. You will not be liable for unauthorized use on your account, but you will be responsible for all use by anyone you give your card to or allow to use your account.

FILED DATE: 12/10/2021 9:48 AM  20211125881

## IMPORTANT INFORMATION ABOUT THIS AGREEMENT

**Assignment.** We may sell, assign or transfer any or all of our rights or duties under this Agreement or your account, including our rights to payments. We do not have to give you prior notice of such action. You may not sell, assign or transfer any of your rights or duties under this Agreement or your account.

**Enforceability.** If any part of this Agreement is found to be void or unenforceable, all other parts of this Agreement will still apply.

**Governing Law.** Except as provided in the Resolving a Dispute with Arbitration section, this Agreement and your account are governed by federal law and, to the extent state law applies, the laws of Utah without regard to its conflicts of law principles. This Agreement has been accepted by us in Utah.

**Waiver.** We may give up some of our rights under this Agreement. If we give up any of our rights in one situation, we do not give up the same right in another situation.

## RESOLVING A DISPUTE WITH ARBITRATION

**PLEASE READ THIS SECTION CAREFULLY. IF YOU DO NOT REJECT IT, THIS SECTION WILL APPLY TO YOUR ACCOUNT, AND MOST DISPUTES BETWEEN YOU AND US WILL BE SUBJECT TO INDIVIDUAL ARBITRATION. THIS MEANS THAT: (1) NEITHER A COURT NOR A JURY WILL RESOLVE ANY SUCH DISPUTE; (2) YOU WILL NOT BE ABLE TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING; (3) LESS INFORMATION WILL BE AVAILABLE; AND (4) APPEAL RIGHTS WILL BE LIMITED.**

- **What claims are subject to arbitration**
  1. If either you or we make a demand for arbitration, you and we must arbitrate any dispute or claim between you or any other user of your account, and us, our affiliates, agents and/or providers that accept the card or program sponsors if it relates to your account, except as noted below.
  2. We will not require you to arbitrate: (1) any individual case in small claims court or your state's equivalent court, so long as it remains an individual case in that court; or (2) a case we file to collect money you owe us. However, if you respond to the collection lawsuit by claiming any wrongdoing, we may require you to arbitrate.
  3. Notwithstanding any other language in this section, only a court, not an arbitrator, will decide disputes about the validity, enforceability, coverage or scope of this section or any part thereof (including, without limitation, the next paragraph of this section and/or this sentence). However, any dispute or argument that concerns the validity or enforceability of the Agreement as a whole is for the arbitrator, not a court, to decide.

- **No Class Actions**
  **YOU AGREE NOT TO PARTICIPATE IN A CLASS, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION AGAINST US IN COURT OR ARBITRATION. ALSO, YOU MAY NOT BRING CLAIMS AGAINST US ON BEHALF OF ANY ACCOUNTHOLDER WHO IS NOT AN ACCOUNTHOLDER ON YOUR ACCOUNT, AND YOU AGREE THAT ONLY ACCOUNTHOLDERS ON YOUR ACCOUNT MAY BE JOINED IN A SINGLE ARBITRATION WITH ANY CLAIM YOU HAVE.**

  If a court determines that this paragraph is not fully enforceable, only this sentence will remain in force and the remainder will be null and void, and the court's determination shall be subject to appeal. This paragraph does not apply to any lawsuit or administrative proceeding filed against us by a state or federal government agency even when such agency is seeking relief on behalf of a class of borrowers, including you. This means that we will not have the right to compel arbitration of any claim brought by such an agency.

- **How to start an arbitration, and the arbitration process**
  1. The party who wants to arbitrate must notify the other party in writing. This notice can be given after the beginning of a lawsuit or in papers filed in the lawsuit. Otherwise, your notice must be sent to Synchrony Bank, Legal Operation, P.O. Box 29110, Shawnee Mission, KS 66201-5320, ATTN: ARBITRATION DEMAND. The party seeking arbitration must select an arbitration administrator, which can be either the American Arbitration Association (AAA), 120 Broadway, Floor 21, New York, NY 10271, www.adr.org, 1-800-778-7879, or JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com, 1-800-352-5267. If neither administrator is able or willing to handle the dispute, then the court will appoint an arbitrator.
  2. If a party files a lawsuit in court asserting claim(s) that are subject to arbitration and the other party files a motion with the court to compel arbitration, which is granted, it will be the responsibility of the party asserting the claim(s) to commence the arbitration proceeding.
  3. The arbitration administrator will appoint the arbitrator and will tell the parties what to do next. The arbitrator must be a lawyer with at least ten years of legal experience. Once appointed, the arbitrator must apply the same law and legal principles, consistent with the FAA, that would apply in court, but may use different procedural rules. If the administrator's rules conflict with this Agreement, this Agreement will control.
  4. The arbitration will take place by phone or at a reasonably convenient location. If you ask us to, we will pay all the fees the administrator or arbitrator charges, as long as we believe you are acting in good faith. We will always pay arbitration costs, as well as your legal fees and costs, to the extent you prevail on claims you assert against us in an arbitration proceeding which you have commenced.

- **Governing Law for Arbitration**
  This Arbitration section of your Agreement is governed by the Federal Arbitration Act (FAA). Utah law shall apply to the extent state law is relevant under the FAA. The arbitrator's decision will be final and binding, except for any appeal right under the FAA. Any court with jurisdiction may enter judgment upon the arbitrator's award.

- **How to reject this section**
  You may reject this Arbitration section of your Agreement. If you do that, only a court may be used to resolve any dispute or claim. To reject this section, you must send us a notice within 60 days after you open your account or we first provided you with your right to reject this section. The notice must include your name, address and account number, and must be mailed to Synchrony Bank, P.O. Box 965012, Orlando, FL 32896-5012. This is the only way you can reject this section.

## SECTION IV: OTHER IMPORTANT INFORMATION OF THE CARECREDIT CREDIT CARD ACCOUNT AGREEMENT

**NOTICE FOR ACTIVE DUTY MILITARY MEMBERS AND THEIR DEPENDENTS:** The following disclosures apply to you if you open your Account on or after October 3, 2017 and, at the time your account is opened, you are a "covered borrower" as defined in the Military Lending Act, which includes eligible active duty members of the Armed Forces and their dependents:

1. The provision in the Cardholder Agreement called "Resolving a Dispute with Arbitration" will not apply to your Account.

2. Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36 percent. This rate must include, as applicable to the credit transaction or account: the costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

3. You can call 855-367-4541 to hear the information in item 2 (above) and a description of the payment obligation for your Account.

The rest of the language in this section of the agreement includes state notices, billing rights summary and rewards terms (if applicable) and is not required to be provided as part of the request for customer agreement.

CARECREDIT
[RTWF850042D]
T&C-PLCC
ORG RT30697AM
10/3/2017-4/1/2019

FILED DATE: 12/10/2021 9:48 AM  20211125881

## SYNCHRONY BANK
## VARIABLE TERMS ADDENDUM

**Minimum Payment Calculation.** Your total minimum payment will be calculated as follows:

The sum of:

a.  The greater of either:

    (i) $29; OR

    (ii) 3.25% of the new balance shown on your billing statement; OR

    (iii) The sum of 1% of your new balance shown on your billing statement plus interest and late payment fees charged in the current billing cycle; PLUS

b.  Any past due amounts; PLUS

c.  Any payment due in connection with a special promotional purchase with a unique payment calculation.

We round up to the next highest dollar in figuring your total minimum payment. Your total minimum payment will never be more than your new balance.

[29/3.25++].VTA]

FILED DATE: 12/10/2021 9:48 AM   20211125881

**Temp B1**
**[RT20280A]**

## SYNCHRONY BANK
## CREDIT CARD AGREEMENT
## PRICING INFORMATION ADDENDUM

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | **26.99%** <br><br> The daily rate for purchases is 0.07395%. |
| **Paying Interest** | Your due date is at least 23 days after the close of each billing period.  We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on promotional purchases on the purchase date. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $2.00. |

| Fees | |
|---|---|
| **Transaction Fees** | Not Applicable |
| **Penalty Fees** <br> • Late Payment | Up to **$40** <br><br> The amount of the late payment fee will be equal to: (1) $29 if you have paid at least your total minimum payment due by the due date in each of the prior six billing cycles or (2) $40 if you have failed to pay at least the total minimum payment due by the due date in any one or more of the prior six billing cycles. However, if the late payment fee would exceed the total minimum payment for which the late payment fee is assessed, the amount of the late payment fee will instead be equal to the amount of the total minimum payment that was due. |
| • Returned Payment | **Not Applicable** |

**How We Will Calculate Your Balance:** We use a method called "daily balance". See your Credit Card Agreement for more details.

**EXHIBIT B**

Return Date: No return date scheduled
Hearing Date: 7/5/2022 11:00 AM
Location: Court Room 1101
Judge: Allegretti, John Michael

FILED DATE: 12/10/2021 9:48 AM    20211125881

FILED
12/10/2021 9:48 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

| | |
|---|---|
| Synchrony Bank | 15903928 |
| Plaintiff(s), | Case No. 20211125881 |
| v. | Amount Claimed: $2,520.46 plus costs |
| Diana Volarevic | ERP Case Management Date: _____ |
| Defendant(s), | Time: _____ Room: _____ |

Diana Volarevic
3639 N Pine Grove Ave Apt 16f, Chicago IL
60613-4540

**PLEASE SEE ATTACHED FOR ADDITIONAL
ZOOM INSTRUCTIONS**

Address of Defendant(s).

Please serve as follows: ☐ Certified Mail ☒ Sheriff Service ☐ Alias (Plaintiff Check one)

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint. All hearings are held virtually.

Your case may be subject to the Cook County Early Resolution Program. Please see attachments for more information.

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

GETTING COURT DOCUMENTS BY EMAIL: You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**
You have been sued. Read all of the documents attached to this Summons.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. Appearance and Answer/Response forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
cookcountyclerkofcourt.org
Page 1 of 4

FILED DATE: 12/10/2021 9:48 AM   20211125881

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than (30) days after its date.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Atty. No.: 32887
Blitt and Gaines, P.C.
Attorney for: Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(888) 920-0620 TTY: 711
Fax: (847) 499-7599
pleadings2@blittandgaines.com

WITNESS _____, _____

12/10/2021 9:48 AM IRIS Y. MARTINEZ

**IRIS Y. MARTINEZ, Circuit Court Clerk**

Date of Service: _____
(To be inserted by Officer on copy left with Defendant or other person)

21000769

FILED DATE: 12/10/2021 9:48 AM   20211125881

(03/27/19) CCM 0649 C

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at (312) 603-5116 with additional questions.

FILED DATE: 12/10/2021 9:48 AM 20211125881

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS**

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602
- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077
- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153
- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455
- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428
- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607
- Juvenile Center Building
  2245 W Ogden Ave Rm 13
  Chicago, IL 60602
- Criminal Court Building
  2650 S California Ave. Rm 526
  Chicago, IL 60608

**Daley Center Division/Departments**
- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
cookcountyclerkofcourt.org
Page 4 of 4

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

TYPE: Court NTC





## Cook County
# LEGAL AID
## for Housing and Debt

*Helping you resolve eviction, foreclosure, debt, and tax deed issues.*

## FREE LEGAL HELP FOR RESIDENTS OF COOK COUNTY

**Are you dealing with an eviction or unresolved debt issue?**

**Do you live in Cook County?**

**You are not in this alone. You may be eligible for FREE legal help.**

Learn more by calling 855-956-5763 or visiting www.cookcountylegalaid.org

Evictions and unresolved debt issues can have a long-lasting, negative impact on your future. Call the **Early Resolution Program** (ERP) to speak with a lawyer and get connected to other resources. This program is available to all residents of Cook County free of charge. You do not need to have a case in court to get help.

### You can use the program if:
**You are a renter and your landlord is trying to evict you;**

**You are a landlord who is not represented by a lawyer;**

**You were sued by someone who wants to collect an unpaid debt (for example a credit card company trying to collect unpaid charges); OR**

**You need to sue someone who owes you money and do not have a lawyer.**

The Early Resolution Program (ERP) includes free legal aid, mediation services, and connections to other resources including rental assistance. Mediation is a chance for a landlord and tenant, or debtor and creditor, to resolve issues with the help of a knowledgeable and neutral person.

The Early Resolution Program is being provided through Cook County Legal Aid for Housing and Debt (CCLAHD), a county-wide initiative to help resolve eviction, foreclosure, debt, and tax deed issues. Visit www.cookcountylegalaid.org for information about other programs and services.






CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC



FILED DATE: 12/10/2021 9:48 AM    20211125881



# AYUDA LEGAL
## para viviendas y deudas
## del Condado de Cook

*Ayuda para resolver problemas de desalojo, ejecución de hipotecas, deudas y escrituras de impuesto.*

## AYUDA LEGAL GRATUITA PARA RESIDENTES DE CONDADO DE COOK

**¿Está enfrentando un problema de desalojo o deuda no resuelta?**

**¿Vive en el condado de Cook?**

**No está solo en esto. Puede ser elegible para recibir ayuda legal GRATIS.**

Para obtener mas informacion, llame al 855-956-5763 o visite www.cookcountylegalaid.org

Los problemas de desalojo y deudas no resueltas pueden tener un impacto negativo y duradero en su futuro. Llame al **Programa de Resolución Temprana** (ERP, Early Resolution Program) para hablar con un abogado y conectarse con otros recursos. Este programa esta disponible para todos los residentes de condado de Cook sin costo. No es necesario que tenga un caso en tribunales para obtener ayuda.

## Puede usar el programa si:

es inquilino y el dueño intenta desalojarlo;

es dueño y no tiene un abogado representante;

recibió una demanda de alguien que desea cobrar una deuda no pagada (por ejemplo, una empresa de tarjetas de crédito intenta cobrar cargos no pagados); O BIEN

necesita demandar a alguien que le debe dinero y no tiene un abogado.

El Programa de Resolución Temprana (ERP) incluye ayuda legal gratuita, servicios de mediación y conexiones con otros recursos, como ayuda de arrendamiento. La mediación es una oportunidad para que un dueño y un inquilino, o un deudor y un acreedor, resuelvan los problemas con la ayuda de una persona neutral y con conocimientos.

**El Programa de Resolución Temprana se proporciona a través de Ayuda Legal para Vivienda y Deudas del Condado de Cook (CCLAHD, Cook County Legal Aid for Housing and Debt), una iniciativa en todo el condado para ayudar a resolver problemas de desalojo, ejecución de hipotecas, deudas y certificados de dominio de venta fiscal. Visite www.cookcountylegalaid.org para obtener información acerca de otros programas y servicios.**

   

CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

TYPE: Court NTC





# Hrabstwo Cook
## POMOC PRAWNA
### na mieszkania i długi

*Pomoc na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, długami oraz sprawami podatkowymi.*

## BEZPŁATNA POMOC PRAWNA DLA MIESZKAŃCÓW HRABSTWA COOK

**Czy borykasz się z widmem eksmisji lub nierozwiązaną kwestią zadłużenia? Czy mieszkasz w hrabstwie Cook? Nie jesteś w tym sam(a). Może Ci przysługiwać BEZPŁATNA pomoc prawna.**

### Uzyskaj więcej informacji, dzwoniąc pod numer 855-956-5763 lub odwiedzając stronę internetową www.cookcountylegalaid.org

Sprawy takie jak eksmisja czy nierozwiązane kwestie zadłużenia mogą mieć długotrwały i negatywny wpływ na Twoją przyszłość. Skontaktuj się z personelem Early Resolution Program (ERP), aby porozmawiać z prawnikiem lub uzyskać dostęp do innych zasobów. Program ten jest nieodpłatnie dostępny dla wszystkich mieszkańców hrabstwa Cook. Nie musisz mieć sprawy w sądzie, aby uzyskać pomoc.

### Możesz skorzystać z programu, jeśli:

**Wynajmujesz mieszkanie lub dom, a jego właściciel zamierza Cię eksmitować;**

**Wynajmujesz komuś mieszkanie lub dom, a nie masz prawnika;**

**Zostałeś/-aś pozwany/-a do sądu przez kogoś, kto chce od Ciebie ściągnąć niezapłacony dług (na przykład firma obsługująca karty kredytowe, której zalegasz z tytułu nieuiszczonych opłat); LUB**

**Zamierzasz pozwać kogoś, kto jest Ci dłużny pieniądze, a nie masz prawnika.**

W ramach Early Resolution Program (ERP) możesz uzyskać dostęp do bezpłatnej pomocy prawnej, usług mediatora, a także innych form wsparcia, takich jak pomoc z czynszem. Mediacje to dla właściciela i najemcy bądź dłużnika i wierzyciela szansa na rozwiązanie problemów dzięki pomocy kompetentnego i bezstronnego specjalisty.

**Projekt Early Resolution Program jest prowadzony w ramach Cook County Legal Aid for Housing and Debt (CCLAHD) — inicjatywy wdrożonej na terenie całego hrabstwa na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, długami oraz sprawami podatkowymi. Odwiedź stronę www.cookcountylegalaid.org, aby uzyskać informacje o innych programach i usługach.**









CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

20211125881

FILED DATE: 12/10/2021 9:48 AM

This communication is from a debt collector. This is an attempt to collect a debt and any information will be used for that purpose.

TYPE: Court NTC

FILED DATE: 12/10/2021 9:48 AM   20211125881

**CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**FIRST MUNICIPAL DISTRICT CIVIL DIVISION**
**GENERAL ORDER 2020-12**

**REMOTE COURT HEARINGS GENERALLY.** Beginning July 6, 2020 all First Municipal District Civil Cases will be heard via Zoom conference on the date and time the matter has been set by order of the Court. All parties shall be notified of the date and time by the clerk. Remote participation in court proceedings by video conference requires an internet connection. Parties may enter www.zoom.us in their browser and select "Join a Meeting" on the home page where they will be e prompted to enter the "Meeting ID" and "Password." To access the video conference, parties must enter the Meeting ID Password that corresponds to the courtroom where their case is pending listed in the following "Schedule of First Municipal Courtroom, Zoom Meeting IDs and Passwords" (hereinafter the "Schedule").

## ZOOM MEETING IDS AND PASSWORDS

| COURTROOM | ZOOM MEETING ID | ZOOM SESSION PASSWORD |
|-----------|-----------------|----------------------|
| 409 | 924 2449 2824 | 346609 |
| 1101 | 952 3043 8872 | 317905 |

1

TYPE: Court NTC

| 1102 | 941 3131 4606 | 361176 |
|------|---------------|--------|
| 1104 | 980 6912 3450 | 195933 |
| 1106 | 912 0010 9326 | 455806 |
| 1108 | 964 2925 3412 | 241565 |
| 1110 | 937 6444 5664 | 172880 |
| 1112 | 939 2925 9546 | 821022 |
| 1302 | 922 8830 9469 | 480525 |
| 1304 | 968 5798 1338 | 593485 |
| 1306 | 920 4115 9796 | 715348 |
| 1307 | 947 9378 9734 | 712192 |
| 1308 | 922 9098 9545 | 499080 |
| 1310 | 954 2504 0966 | 029524 |
| 1401 | 930 9949 4868 | 544388 |
| 1402 | 914 3045 9929 | 898778 |
| 1403 | 944 1848 7325 | 087880 |
| 1404 | 938 9278 5386 | 132873 |
| 1406 | 914 5130 7835 | 826324 |
| 1408 | 953 1943 0522 | 159886 |
| 1409 | 973 7875 2758 | 026297 |
| 1410 | 987 2834 2570 | 467433 |
| 1501 | 970 2938 9818 | 380923 |
| 1503 | 939 9214 4482 | 773102 |
| 1505 | 986 6707 2390 | 532802 |
| 1510 | 919 3031 9452 | 814638 |

Parties will be admitted to a "waiting room" and the court will "admit" them to the "meeting" when the call begins or when their case is called. Absent an internet connection, remote participation in court proceedings is possible by telephone by dialing (312) 626-6799 and, when prompted, entering the same Meeting ID and Password contained in the Schedule. Those who lack access to a computer or smart phone may appear in person on the date and time as notified by the clerk.

2

FILED DATE: 12/10/2021 9:48 AM  20211125881

**EXHIBIT C**

EXHIBIT C



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

| | | | | |
|---|---|---|---|---|
| **CASE NUMBER:** 20211125881 | **SHERIFF NUMBER:** 50128353 | **MULT. SER.:** 1 | **DOC. TYPE:** SMMNS |
| **DIE DATE:** 01/11/2022 | **RECEIVED DATE:** 12/21/2021 | **FILED DATE:** 12/10/2021 | **DIST:** 613 |

| | |
|---|---|
| **DEFENDANT:** VOLAREVIC, DIANA | **PLAINTIFF:** SYNCHRONY BANK |
| **ADDRESS:** 3639 N PINE GROVE | **ATTORNEY:** BLITT GAINES PC |
| **CITY:** CHICAGO | **ADDRESS:** 3639 CORPORATE WOODS PKY |
| **STATE:** IL **ZIP CODE:** 60613 | **CITY:** VERNON HILLS |
| **ATTACHED FEE AMT:** | **STATE:** IL **ZIP CODE:** 60061 |
| **SERVICE INFORMATION:** | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☑ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE  DAY OF _  20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☐ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

**(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

WRIT SERVED ON:  DIANA VOLAREVIC                   ATTEMPTED SERVICES

SEX: F   RACE: WH   AGE: 29           Date   Time   Star #

THIS  11  DAY OF  January  20  22

TIME:  10:29 AM

THOMAS J. DART,
SHERIFF, BY: /S/   LOPEZ, JORGE #11535           , DEPUTY



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 20211125881    **SHERIFF NUMBER:** 50128353    **MULT. SER.:** 1    **DOC. TYPE:** SMMNS

**DIE DATE:** 01/11/2022   **RECEIVED DATE:** 12/21/2021   **FILED DATE:** 12/10/2021   **DIST:** 613

| Date | Time | Star # |
| --- | --- | --- |

**EXHIBIT D**

21000769

DIANA VOLAREVIC
3639 N PINE GROVE AVE APT 16F
CHICAGO, IL 60613-4540

**"This communication is from a debt collector"**

**FOR MAILING PURPOSES ONLY**

PL11

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT, CIVIL DIVISION

Synchrony Bank

Plaintiff,

vs.

Case No.: 21 M1 125881
Court Date: 11/29/2022 at 2:00 P.M.

Diana Volarevic

Defendant(s),

## NOTICE OF MOTION

TO:     Diana Volarevic
        3639 N Pine Grove Ave Apt 16f
        Chicago Il 60613-4540

PLEASE TAKE NOTICE that on SEE ABOVE in room 1104 the undersigned will appear before the presiding judge via zoom conference (please see attached zoom instructions), Cook County Courthouse, 50 West Washington Street, Chicago, IL 60602, and then and there present the following motion, a true copy of which is served upon you herewith:

## MOTION FOR DEFAULT AND JUDGMENT

_____
/s/ Christopher Savage ARDC #6319623
Attorney for Plaintiff

## PROOF OF SERVICE

I, the undersigned, certify that I served this Notice by the method checked below:

Name: Diana Volarevic
Address: 3639 N Pine Grove Ave Apt 16f, Chicago Il 60613-4540
Email:

☐ Personal Delivery          ☐ Messenger
☒ US Mail, Postage Prepaid   ☐ Facsimile
☐ Email

By: _____  Date: 11/04/2022

Please feel free to contact our office to further discuss your account.

Blitt and Gaines, P.C.
Attorney for Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
Website: www.blittandgaines.com
Email: contactus@blittandgaines.com
Legal Pleadings: ILpleadings@blittandgaines.com
Toll Free Number: (888) 920-0620 TTY: 711 P
Fax: (847) 499-7599 F
FILE NO: 21000769
TYPE: Notice
32887

_____
/s/ Christopher Savage ARDC #6319623

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above signed certified that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the above signed certified as aforesaid that he verily believes the same to be true.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC

## CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## FIRST MUNICIPAL DISTRICT CIVIL DIVISION
## GENERAL ORDER 2020-12

**REMOTE COURT HEARINGS GENERALLY.** Beginning July 6, 2020 all First Municipal District Civil Cases will be heard via Zoom conference on the date and time the matter has been set by order of the Court. All parties shall be notified of the date and time by the clerk. Remote participation in court proceedings by video conference requires an internet connection. Parties may enter www.zoom.us in their browser and select "Join a Meeting" on the home page where they will be e prompted to enter the "Meeting ID" and "Password." To access the video conference, parties must enter the Meeting ID Password that corresponds to the courtroom where their case is pending listed in the following "Schedule of First Municipal Courtroom, Zoom Meeting IDs and Passwords" (hereinafter the "Schedule").

### ZOOM MEETING IDS AND PASSWORDS

| COURTROOM | ZOOM MEETING ID | ZOOM SESSION PASSWORD |
|---|---|---|
| 409 | 924 2449 2824 | 346609 |
| 1101 | 952 3043 8872 | 317905 |

1

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC

| 2701 | | |
|---|---|---|
| 1102 | 952 3043 8872 | 317905 |
| 1104 | 941 3131 4606 | 361176 |
| 1106 | 980 6912 3450 | 195933 |
| 1108 | 912 0010 9326 | 455806 |
| 1110 | 964 2925 3412 | 241565 |
| 1112 | 937 6444 5664 | 172880 |
| 1302 | 939 2925 9564 | 821022 |
| 1304 | 922 8830 9469 | 480525 |
| 1306 | 968 5793 1336 | 593485 |
| 1307 | 920 4115 9796 | 715348 |
| 1308 | 947 9378 9734 | 712192 |
| 1310 | 922 9098 9545 | 490080 |
| 1401 | 954 2504 0966 | 029524 |
| 1402 | 930 9949 4868 | 544388 |
| 1403 | 914 3045 9929 | 898778 |
| 1404 | 944 1848 7325 | 087880 |
| 1406 | 938 9278 5386 | 132873 |
| 1408 | 914 5130 7835 | 826324 |
| 1409 | 953 1943 0522 | 159886 |
| 1410 | 973 7875 2758 | 026297 |
| 1501 | 987 2834 2570 | 467433 |
| 1503 | 970 2938 9818 | 360923 |
| 1505 | 939 9214 4482 | 773102 |
| 1510 | 986 6707 2390 | 532802 |
| | 919 3031 9452 | 814638 |

Parties will be admitted to a "waiting room" and the court will "admit" them to the "meeting" when the call begins or when their case is called. Absent an internet connection, remote participation in court proceedings is possible by telephone by dialing (312) 626-6799 and, when prompted, entering the same Meeting ID and Password contained in the Schedule. Those who lack access to a computer or smart phone may appear in person on the date and time as notified by the clerk.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC

# Cook County
# LEGAL AID
## for Housing and Debt



*Helping you resolve eviction, foreclosure, debt, and tax deed issues.*

## FREE LEGAL HELP FOR RESIDENTS OF COOK COUNTY

### Are you dealing with an eviction or unresolved debt issue?

### Do you live in Cook County?

You are not in this alone. You may be eligible for FREE legal help.

Learn more by calling 855-956-5763 or visiting www.cookcountylegalaid.org

Evictions and unresolved debt issues can have a long-lasting, negative impact on your future. Call the **Early Resolution Program** (ERP) to speak with a lawyer and get connected to other resources. This program is available to all residents of Cook County free of charge. You do not need to have a case in court to get help.

### You can use the program if:

You are a renter and your landlord is trying to evict you;

You are a landlord who is not represented by a lawyer;

You were sued by someone who wants to collect an unpaid debt (for example a credit card company trying to collect unpaid charges); OR

You need to sue someone who owes you money and do not have a lawyer.

The Early Resolution Program (ERP) includes free legal aid, mediation services, and connections to other resources including rental assistance. Mediation is a chance for a landlord and tenant, or debtor and creditor, to resolve issues with the help of a knowledgeable and neutral person.

The Early Resolution Program is being provided through Cook County Legal Aid for Housing and Debt (CCLAHD), a county-wide initiative to help resolve eviction, foreclosure, debt, and tax deed issues. Visit www.cookcountylegalaid.org for information about other programs and services.






This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC

# AYUDA LEGAL

para viviendas y deudas
del Condado de Cook



*Ayuda para resolver problemas de desalojo, ejecución de hipotecas, deudas y escrituras de impuesto.*

## AYUDA LEGAL GRATUITA PARA RESIDENTES DE CONDADO DE COOK

### ¿Está enfrentando un problema de desalojo o deuda no resuelta?

**¿Vive en el condado de Cook?**

**No está solo en esto. Puede ser elegible para recibir ayuda legal GRATIS.**

Para obtener más información, llame al 855-956-5763 o visite www.cookcountylegalaid.org

Los problemas de desalojo y deudas no resueltas pueden tener un impacto negativo y duradero en su futuro. Llame al **Programa de Resolución Temprana** (ERP, Early Resolution Program) para hablar con un abogado y conectarse con otros recursos. Este programa está disponible para todos los residentes de condado de Cook sin costo. No es necesario que tenga un caso en tribunales para obtener ayuda.

### Puede usar el programa si:

- es inquilino y el dueño intenta desalojarlo;
- es dueño y no tiene un abogado representante;
- recibió una demanda de alguien que desea cobrar una deuda no pagada (por ejemplo, una empresa de tarjetas de crédito intenta cobrar cargos no pagados); O BIEN
- necesita demandar a alguien que le debe dinero y no tiene un abogado.

El Programa de Resolución Temprana (ERP) incluye ayuda legal gratuita, servicios de mediación y conexiones con otros recursos, como ayuda de arrendamiento. La mediación es una oportunidad para que un deudor y un inquilino, o un deudor y un acreedor, resuelvan los problemas con la ayuda de una persona neutral y con conocimientos.

El Programa de Resolución Temprana se proporciona a través de Ayuda Legal para Vivienda y Deudas del Condado de Cook (CCLAHD, Cook County Legal Aid for Housing and Debt), una iniciativa en todo el condado para ayudar a resolver problemas de desalojo, ejecución de hipotecas, deudas y certificados de dominio de venta fiscal. Visite www.cookcountylegalaid.org para obtener información acerca de otros programas y servicios.







Cook County Legal Aid
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC

# Hrabstwo Cook
# POMOC PRAWNA
## na mieszkania i długi

*Pomoc ta jest rozwiązywanej problemów związanych z ekonomią, zajmowaniem obciążonej hipoteki oraz sprawami podatkowymi.*

## BEZPŁATNA POMOC PRAWNA DLA MIESZKAŃCÓW HRABSTWA COOK

### Czy borykasz się z widmem eksmisji lub nierozwiązaną kwestią zadłużenia?

Czy mieszkasz w hrabstwie Cook?

Nie jesteś w tym samią). Może Ci przysługiwać BEZPŁATNA pomoc prawna.

Uzyskaj więcej informacji, dzwoniąc pod numer 855-956-5763
lub odwiedzając stronę internetowa www.cookcountylegalaid.org



Sprawy takie jak eksmisja czy nierozwiązane kwestie zadłużenia mogą mieć długotrwały i negatywny wpływ na Twoją przyszłość. Skontaktuj się z personelem Early Resolution Program (ERP), aby porozmawiać z prawnikiem lub uzyskać dostęp do innych zasobów. Program ten jest nieodpłatnie dostępny dla wszystkich mieszkańców hrabstwa Cook. Nie musisz mieć sprawy w sądzie, aby uzyskać pomoc.

### Możesz skorzystać z programu, jeśli:

Wynajmujesz mieszkanie lub dom, a jego właściciel zamierza Cię eksmitować;

Wynajmujesz komuś mieszkanie lub dom, a nie masz prawnika;

Zostałeś/-aś pozwany/-a do sądu przez kogoś, kto chce od Ciebie ściągnąć niezapłacony dług (na przykład firma obsługująca kartę kredytową, której zalegasz z tytułu nieuiszczonych opłat); LUB

Zamierzasz pozwać kogoś, kto jest Ci dłużny pieniądze, a nie masz prawnika.

W ramach Early Resolution Program (ERP) możesz uzyskać dostęp do bezpłatnej pomocy prawnej, usług mediatora, a także innych form wsparcia, takich jak pomoc z czynszem. Mediacje to dla właściciela i najemcy bądź dłużnika i wierzyciela szansa na rozwiązanie problemów dzięki pomocy kompetentnego i bezstronnego specjalisty.

Projekt Early Resolution Program jest prowadzony w ramach Cook County Legal Aid for Housing and Debt (CCLAHD) — inicjatywy wdrożonej na terenie całego hrabstwa na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, długami oraz sprawami podatkowymi. Odwiedź stronę www.cookcountylegalaid.org, aby uzyskać informacje o innych programach i usługach.






Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

CARPLS Legal Aid
Lawyers' Committee for Better Housing
Greater Chicago Legal Clinic
Legal Aid Chicago
Legal Aid Society

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Synchrony Bank

          Plaintiff,

     vs.                                              No. 21 M1 125881

Diana Volarevic

          Defendant(s).

MOTION FOR DEFAULT AND JUDGMENT

     NOW COMES the Plaintiff, Synchrony Bank, by and through its attorneys, Blitt and Gaines, P.C., and moves this court for entry of an order of default and judgment, in support thereof states as follows:

1.   A complaint in the above-captioned matter was filed to collect amounts due and owing.

2.   Defendant(s) were properly served and have failed to file an appearance or otherwise plead.

     Wherefore, Plaintiff respectfully requests that this court enter judgment for the amount as set forth in the Verified Complaint.

Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(888) 920-0620 TTY: 711 P
(847) 499-7599 F
pleadings2@blittandgaines.com
32887

/s/ Christopher Kneupe 02PC #63762.3

FILENO: 21000769
Type: Motion for Default and JE

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

# Search Results

By using this search tool, you acknowledge that it is solely your responsibility to verify any information you may obtain herein before relying on said information for any type of legal action.

Case Number
20211125881

Sheriff Number
50128353

Name
VOLAREVIC, DIANA

Address
3639 N PINE GROVE AVE, APT 16F, CHICAGO, IL 60613

Status
SERVED

Service Date
01/11/2022 10:29 AM

Service Type
Personal Service

Served On
DIANA VOLAREVIC

Race: White

Gender: Female

Remarks
TWO TIMES TO SERVED DEFEDANT.

Search Again (/CivilProcess)

# User Instruction Guides

Click on the following links to view instructions that will guide you throughout the case filing process:

Introduction (/Content/PDF/ManualIntroductionPDF.pdf)

Log in and Select Language (/Content/PDF/LanguageAndLogin.pdf)

Creating an Account (/Content/PDF/AccountCreation.pdf)

Access the New E-File Case Page (/Content/PDF/AccessNewEfileCasePage.pdf)

Create New E-File (/Content/PDF/CreateNewEfileCase.pdf)

Add a Service (/Content/PDF/AddAService.pdf)

Uploading Documents to Service Requests (/Content/PDF/AddingDocumentsToServices.pdf)

Summary (/Content/PDF/Summary.pdf)

Payment (/Content/PDF/PayViaLexisNexis.pdf)

Receipts (/Content/PDF/Receipts.pdf)

Full Instruction Guide (/Content/PDF/CCSO-EFile-Full-User-Guide.pdf)

# E-File Instructional Video

**EXHIBIT E**

Filer Selected Hearing Date: 11/28/2022 2:00 PM L 2:00 PM
Location: <<CourtRoomNumber>>
Judge: Courtroom, 1104
System Generated Hearing Date: 11/28/2022 2:00 PM
Location: Court Room 1104
Judge: Dickler, Jamie Guerra

FILED DATE: 11/14/2022 4:04 PM    20211125881

FILED
11/14/2022 4:04 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20211125881
Courtroom, 1104
20295100

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

SYNCHRONY BANK,                        )
                                       )
            Plaintiff,                 )
                                       )
                                       )
Vs.                                    )
                                       )        No.:  2021 M1 125881
                                       )
DIANA VOLAREVIC,                       )        Court Room 1101
                                       )
            Defendant.                 )        Judge John Michael Allegretti

**<u>MOTION TO QUASH SERVICE OF PROCESS</u>**

Now comes the Defendant, Diana Volarevic, by her attorney, Mario Kris Kasalo, and moves this Honorable Court pursuant to 735 ILCS 5/2-301, and 735 ILCS 5/2-203(a), Ill. Sup. Ct., R 101, and Ill. Sup. Ct., R 102, to quash service of process purportedly made on the Defendant on January 11, 2022. For grounds, Defendant states as follows:

1.      On September 9, 2021, Plaintiff Synchrony Bank filed a lawsuit against Defendant titled *Synchrony Bank v. Diana Volarevic*, Case No. 2021M1 125881 in the Circuit Court of Cook County, Illinois. (Exhibit A, Complaint and Summons).

2.      On December 10, 2021, the Court issued a 30-Day Summons. (Exhibit B, 30-Day Summons).

3.      The Summons expressly states in part as follows as follows: "The Summons may not be served more than 30 days after its date". (Exhibit B, 30-Day Summons).

4.      On or around January 27, 2022, the Sheriff's Office of Cook County filed an "Affidavit of Service". (Exhibit C, Affidavit).

1

FILED DATE: 11/14/2022 4:04 PM   20211125881

5.     Specifically, the "Affidavit of Service" states in part as follows:

**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

| CASE NUMBER: 20211125881 | SHERIFF NUMBER: | 50128353 | MULT. SER.: 1 | DOC. TYPE: SMMNS |
|---|---|---|---|---|
| DIE DATE: 01/11/2022  RECEIVED DATE: | 12/21/2021 | FILED DATE: | 12/10/2021 | DIST: 613 |

| DEFENDANT: VOLAREVIC, DIANA | PLAINTIFF: SYNCHRONY BANK |
|---|---|
| ADDRESS: 3639 N PINE GROVE | ATTORNEY: BLITT GAINES PC |
| CITY: CHICAGO | ADDRESS: 3639 CORPORATE WOODS PKY |
| STATE: IL   ZIP CODE: 60613 | CITY: VERNON HILLS |
| ATTACHED FEE AMT: | STATE: IL   ZIP CODE: 60061 |
| SERVICE INFORMATION: | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☑ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE  DAY OF _ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☐ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**
      **** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

☐ **(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
|---|---|---|
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

| WRIT SERVED ON:  DIANA VOLAREVIC | | ATTEMPTED SERVICES | | |
|---|---|---|---|---|
| SEX: F   RACE: WH   AGE: 29 | | Date | Time | Star # |
| THIS   11   DAY OF   Januar 20 22 | | | | |
| | | y | | |
| TIME: 10:29 AM | | | | |

THOMAS J. DART,
SHERIFF, BY: /S/   LOPEZ, JORGE #11535                    , DEPUTY

Page 1 of 2

(Exhibit C, Affidavit of Service)

2

FILED DATE: 11/14/2022 4:04 PM 20211125881

6.      The Summons was issued on December 10, 2021. (Exhibit B, 30-Day

Summons).

7.      According to the "Affidavit of Service", the Summons was served on

January 11, 2022. (Exhibit C, Affidavit of Service)

8.      The Summons served on Defendant was a "30-Day Summons".

9.      Illinois Supreme Court Rule 102 provides in part as follows:

**Service of Summons and Complaint; Return**

**(a) Placement for Service**. Promptly upon issuance, summons (together with
copies of the complaint as required by Rule 104) shall be placed for service with
the sheriff or other officer or person authorized to serve process.

**(b) When Service Must Be Made**. <u>No summons in the form provided in
paragraph (d) of Rule 101 may be served later than 30 days after its date.</u> A
summons in the form provided in paragraph (b) of Rule 101 may not be served
later than three days before the day for appearance.

. . .
Ill. Sup. Ct., R 102 (emphasis added)

10.       The 30-Day summons served on Defendant was "in the form

provided in paragraph (d) of Rule 101", which provides:

. . .

 **(d) Summons Requiring Appearance Within 30 Days After Service**. In all
other cases the summons shall require each defendant to file his answer or otherwise file
his appearance within 30 days after service, exclusive of the day of service (see Rule
181(a)), and shall be prepared by utilizing, or substantially adopting the appearance and
content of, the form provided in the Article II Forms Appendix

11.      A 30-Day Summons must therefore be served within 30 days after its

issuance. *Hardy v. Bankers Life & Casualty Co*., 19 Ill. App. 2d 75, 153 N.E.2d 269,

1958 Ill. App. LEXIS 445 (Ill. App. Ct. 1st Dist. 1958) (Trial court properly quashed the

summons on defendants on the ground that the summons on each of them was served

FILED DATE: 11/14/2022 4:04 PM   20211125881

later than 30 days after issuance); Ill. Sup. Ct., R 102; See also *Radosevich v. Butler*,

2022 IL App (1st) 211571-U, ¶ 17 (stating "Under the supreme court rules, a plaintiff

must serve the summons to a defendant no later than 30 days after its date of issuance. Ill.

S. Ct. R. 102(b) (eff. May 28, 2021).

12.     The deadline to serve the Summons was thus 30 days after December 10,

2021, which is on or by January 10, 2022.

13.     The Summons in this case was served 32 calendar days after its issuance,

on January 11, 2022.

14.     Thus, the purported summons had thus expired before it was served on

Defendant, as the document was not served within 30 days of its date as

required in Supreme Court Rule 102(b). *First Collinsville Bank v. Johnson*, 2015 IL App

(5th) 140081-U, ¶ 25.

15.     A court acquires jurisdiction over a person only after proper service of

summons. *LaMotte v. Constantine*, 92 Ill.App.3d 216, 416 N.E.2d 23 (1st Dist. 1980).

16.     Proper service of summons is a prerequisite to obtaining jurisdiction over a

party and if defendant has not been properly served, any order the court enters against him is

void. *Stankowicz v. Gonzalez*, 103 Ill.App.3d 828, 431 N.E.2d 1272 (1st Dist. 1981); *In re

Dar. C.*, 957 N.E.2d 898, 354 Ill. Dec. 304 (2011).

17.     A court lacks jurisdiction if service upon a defendant was not effected

properly and any default judgment based on defective service is void. *Countrywide Home

Loans Servicing, LP v. Clark*, 2015 IL App (1st) 133149, ¶ 31; *see, also State Bank of

Lake Zurich v. Thill*, 135 Ill. App. 3d 747, 754 (1985) ("Service of summons upon

defendant is essential to create personal jurisdiction of the court, and, absent

4

proper service, any judgment entered against a defendant is void *ab initio*, whether or not he had actual knowledge of the proceedings.") (internal citations omitted).

18.     As the Summons in this case was served more than 30 days after it was issued, it was expired at the time that it was served, and the Court at no time acquired jurisdiction over Defendant. The alleged service was thus improper and must be quashed.

19.     Plaintiff has filed a Motion for Default alleging that service on Defendant was proper, and which seeks that judgment be entered against Defendant. (Exhibit D, Motion for Default).

20.     Based on the foregoing, this Court should quash service and vacate any order following the invalid service that is based thereon, as Plaintiff cannot obtain judgment against Defendant based on an invalid summons, since the Court does not have jurisdiction over Defendant.

21.     The instant motion is not supported by an affidavit setting forth the facts that constitute the basis for the objection because the material facts are apparent from the papers already on file, and which are also attached hereto. See 735 ILCS 5/2-301(a).

WHEREFORE, Defendant, through counsel, respectfully requests that this motion be granted, that the Court enter an order quashing service alleged by Plaintiff to have been effected on Defendant on January 11, 2022, and that the Court vacate any orders following the invalid service that are based thereon.

FILED DATE: 11/14/2022 4:04 PM   20211125881

FILED DATE: 11/14/2022 4:04 PM   20211125881

Respectfully submitted,

By: */s/Mario Kris Kasalo*
Mario Kris Kasalo
Attorney for Defendant
**The Law Office of M. Kris Kasalo, Ltd.**
4950 Madison St.
P.O. Box 1425
Skokie, IL 60076
tel 312.726.6160
fax 312.698.5054
mario.kasalo@kasalolaw.com
Atty# 44017

### CERTIFICATE OF SERVICE

I, Mario Kris Kasalo, an attorney, hereby certify that on November 14, 2022, I electronically filed the foregoing document using the electronic filing system, and emailed and mailed a copy of the same via United States Postal Service, postage prepaid, to:

Blitt & Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061
via email: pleadings2@blittandgaines.com

**Dated: November 14, 2022**          Respectfully submitted,

By: */s/Mario Kris Kasalo*

6

FILED DATE: 11/14/2022 4:04 PM   20211125881

# EXHIBIT A

Return Date: No return date scheduled
Hearing Date: 7/5/2022 11:00 AM
Location: Court Room 1101
Judge: Allegretti, John Michael

FILED
12/10/2021 9:48 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

15903928

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Synchrony Bank

Plaintiff,

vs.

Diana Volarevic

Defendant.

No. 20211125881

Return Date:

Amount Claimed: $2,520.46
Plus Court Costs

<u>**BREACH OF CONTRACT COMPLAINT**</u>

      Plaintiff, Synchrony Bank, by its attorneys, Blitt and Gaines P.C., as and for its complaint herein against Defendant, hereby alleges as follows:

1.      The Defendant(s) opened a charge account and/or line of credit with Synchrony Bank or its predecessor in interest on CareCredit, whereby Defendant(s) could charge goods and/or services to the account and/or receive cash advances.

2.      The account was opened on April 16, 2018.

3.      The last four digits of the account number are XXXXXXXXXXXX7355.

4.      The account was charged off on December 22, 2020.

5.      The account was issued by CareCredit.

6.      The Defendant(s) used the account, thereby agreeing to all of the terms and conditions in place at the time of such use. See attached terms and conditions.

7.      Defendant(s) subsequently defaulted by failing to make the minimum payment(s).

8.      After receiving all payments, debits, credits and set offs, there is now due and owing from Defendant(s) to Plaintiff the sum of $2,520.46.

9.      Due demand has been made on the Defendant(s) to pay this amount and the Defendant(s) have failed to do so.

10.      By reason of the foregoing, Plaintiff is entitled to judgment against Defendant(s) for breach of contract in the sum of $2,520.46, plus court costs.

FILED DATE: 12/10/2021 9:48 AM 20211125881

11.     This suit has been filed within the relevant statute of limitations.

        WHEREFORE,  Plaintiff requests judgment for breach of contract in the sum of $2,520.46, plus court costs.


Blitt and Gaines, P.C.                          /s/Shannon N. Stolzer ARDC# 6327648
775 Corporate Woods Parkway                     Attorney for the Plaintiff
Vernon Hills, IL 60061
(888) 920-0620 TTY: 711
pleadings2@blittandgaines.com
21000769
32887


This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

FILED DATE: 12/10/2022 8:08 RM  20211125881

FILED DATE: 12/10/2022 8:08 PM   20211125881

SYNCHRONY BANK ,          )
Plaintiff                          )
                              )
             v.              )
                              )
**DIANA VOLAREVIC** ,        )
Defendant(s)                )
                              )
                              )

**CREDIT CARD OR DEBT BUYER COLLECTION ACTION AFFIDAVIT
(SUPREME COURT RULE 280.2)**

INSTRUCTIONS: Provide the following information and documents. Supreme Court Rule 280.1 provides the definitions of the terms in this Affidavit.

Comes now Affiant, and states:

☒ I am a designated Agent of <u>SYNCHRONY BANK</u> (Plaintiff)

I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the record keeping practices of Plaintiff. The following representations are true according to documents kept in the normal course of Plaintiffs business and/or my personal knowledge:

1.    IDENTIFICATION ABOUT THE CONSUMER DEBT OR ACCOUNT

     Complete the tables below.

     a.  As of charge-off date:

| Full name of the creditor | Full name of the defendant as it appears on the account | Last four digits of the account number | Date the account was opened or the debt originated | Nature of the debt, (credit card debt, payday loan, retail installment loan, etc.) |
|---|---|---|---|---|
| SYNCHRONY BANK | **DIANA VOLAREVIC** | 7355 | **04/16/2018** | credit card debt |

Version: 1.0_IL_06_07_2020

FILED DATE: 12/10/2021 8:08 PM   20211125881

b.  The most recent activity on the account prior to or after charge-off, includes:

| Charge-off Balance | Charge-off Date | Date of Last Payment | Amount of Last Payment | Total Amount of credits and/or Payments Since Charge-off Date* |
|---|---|---|---|---|
| $2,520.46 | 12/22/2020 | 03/17/2020 | $40.00 | $0.00 |

  * Last payment on the account, pre or post charge off.
 ** Credits or payments made within 30 days of the signing of
    this affidavit may not be reflected

c.  For a revolving credit account, plaintiff further certifies that it has in its possession and can produce on request the most recent monthly statement recording a purchase, transaction last payment or balance transfer.

2. PROOF OF OWNERSHIP OR RIGHT TO SUE FOR DEBT BUYERS

Complete the table and list the prior owners or creditors since the charge-off date. Start with the first assignment through the current creditor or owner of the consumer debt. List in chronological order, beginning with the first assignment:

| From (Name) | To (Name) | Date of Assignment (On or About) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☒ Does not apply — Plaintiff is the charge-off creditor.

FILED DATE: 12/10/2022 8:08 PM 20211125881

3. ADDITIONAL ACCOUNT INFORMATION AFTER CHARGE-OFF

☒ No

☐ Yes.

       ☐ Total amount of interest accrued: $ _____.

       ☐ Total amount of non-interest charges or fee accrued $ _____.

       ☐ Plaintiff is seeking attorney's fees in the amount of $ _____.

       ☐ Returned payment(s) in the amount of $_____.

Balance due and owing as of date of affidavit: **$2,520.46**

\* Costs paid for in the Complaint will not be reflected.

ISAIAH BOLLER SIMS                         Monday, November 15, 2021
Name of Affiant             Signature of Affiant          Date

Notary Public

My commission expires: 3/15/24

Version: 1.0_IL_06_07_2020

Department of Defense Manpower Data Center

Results as of : Nov-15-2021 01:57:58 PM

SCRA 5.11



### Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-5718 |
| Birth Date: | Dec-XX-1980 |
| Last Name: | VOLAREVIC |
| First Name: | DIANA |
| Middle Name: | |
| Status As Of: | Nov-15-2021 |
| Certificate ID: | FN141MJ3CP1F1NW |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

FILED DATE: 12/10/2021 9:08 AM 20211125881

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

FILED DATE: 12/10/2022 8:08 AM   2021112S881

CARECREDIT/SYNCHRONY BANK

DIANA VOLAREVIC
Account Number : ███████ 7355
Statement Closing Date: 11/24/2020

synchrony

FILED DATE: 12/10/2022 8:08 PM 20211125881

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,386.70 |
| + New Purchases | $0.00 |
| - Payments | $0.00 |
| +/- Credits, Fees & Adjustments (net) | $40.00 |
| +/- Interest Charge (net) | $53.76 |
| New Balance | $2,480.46 |
| Credit Limit | $1,950.00 |
| Available Credit | $0.00 |
| Overlimit Amount | $530.46 |
| Days in Billing Period | 30 |

Pay online for free at: mysynchrony.com
For Synchrony Bank customer service or to report your
card lost or stolen, call (1-866-893-7864).

Best times to call are Wednesday - Friday.

## Payment Information

| | |
|---|---|
| New Balance | $2,480.46 |
| Minimum Payment This Period | $119.00 |
| Amount Past Due | $621.00 |
| Total Minimum Payment Due | $740.00 |
| Payment Due Date | 12/17/2020 |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.**
We may convert your payment into an electronic debit. See
reverse side.

**Late Payment Warning:** If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $40.00.

**Minimum Payment Warning:** Making only the Total Minimum
Payment Due will increase the amount of interest you pay and
the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 years | $5,026.00 |

If you would like information about credit counseling services,
call 1-877-302-8797.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| | | | **FEES** | |
| 11/17/2020 | 11/17/2020 | | LATE FEE | $40.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | $40.00 |
| | | | **INTEREST CHARGED** | |
| 11/24/2020 | 11/24/2020 | | INTEREST CHARGE ON PURCHASES | $53.76 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | $53.76 |

### 2020 Totals Year-to-Date

| | |
|---|---|
| Total Fees Charged in 2020 | $240.00 |
| Total Interest Charged in 2020 | $454.88 |
| Total Interest Paid in 2020 | $14.34 |

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 26.99% | $2,422.44 | $53.76 |

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5302        DFR        1    7 22 201124        E X P AGE 1 of 3        9072  3600  C6J9  010G5302

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.

 CareCredit

| Total Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number |
|---|---|---|---|---|
| $740.00 | $621.00 | 12/17/2020 | $2,480.46 | ██████ 7355 |

Payment Enclosed : $ ☐☐☐☐☐.☐☐

☐ New address or e-mail?
Check the box at left and
print changes on back

Payment due includes $ 621.00 past due. Please pay the past due amount PROMPTLY.

DIANA VOLAREVIC
MONARCH LEGAL GROUP
203 N LA SALLE ST STE 2100
CHICAGO IL 60601-1226

Make Payment to: SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

FILED DATE: 12/10/2022 8:08 PM   20211125881

**Customer Service:** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to P.O. Box 965033, **Orlando, FL 32896-5033. Please include your account number on any correspondence you send to us.**
**Payments:** Send payments to the address listed on the remittance coupon portion of this statement or pay online at www.mysynchrony.com.
**Overnight Payments:** Payments cannot be made in person; mail payments to Synchrony Bank, 140 Wekiva Springs Road, Longwood, FL 32779.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965035, Orlando, FL 32896-5035.

Purchases, returns and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the remittance coupon) in your own envelope – not the enclosed remittance envelope, addressed to: PO Box 530989, Atlanta, GA 30353-0989 and not the payment address.**

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us at:
Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035.

In your letter give us the following information:

- *Account information:* Your name and account number
- *Dollar amount:* The dollar amount of the suspected error
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:
Synchrony Bank
P.O. Box 965035, Orlando, FL 32896-5035

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.** Payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your account may be delayed up to five days if payment (a) is not received at the payment address, (b) is not mailed in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check or correspondence of any type.

**Conditional Payments:** All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes 'payment in full' or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at:

P.O. Box 965035, Orlando, FL 32896-5035.

**Credits To Your Account:** An amount shown in parenthesis is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

**Credit Reports and Account Information:** If you believe that we may have reported inaccurate information about you to a consumer-reporting agency, please contact us at P.O. Box 965036, Orlando, FL 32896-5036. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**How We Calculate Interest:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

**Bankruptcy Notice:** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064.

**Your account is owned and serviced by Synchrony Bank.**

**Use of Information About You and Your Account:** Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call us at the customer service telephone number indicated on the front of this statement.

[35453A]

01DG5302 - 1 - 02/07/18

---

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address and/or phone number, please check the box and print the changes below.

☐
Street
Address
City, State
ZIP
Phone #

*Home Phone #    *Business Phone #    *Cell # or other phone #
we can use to contact you

Remember, you can update the above information as well as your email address online at www.mysynchrony.com.

FILED DATE: 12/10/2022 8:08 RM   20211125881

### Cardholder News & Information

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

As a reminder, we charge interest on your purchases from the date you make the purchase until you pay the purchase in full. We will not charge you interest during a billing cycle on any non-promotional purchases if: 1) you had no balance at the start of the billing cycle; or 2) you had a balance at the start of the billing cycle and you paid that balance in full by the due date in that billing cycle. We always charge interest on promotional purchases and their related fees from the date you make the purchase.

You can pay your bill online or over the phone. We noticed you've been enjoying our easy paperless payment options, so we will no longer be including return envelopes. You can make things even easier by selecting the paperless statement option on your account online.

5302        DFH        1    7  22  201124        E X PAGE 2 of 3        9072  3600  C6J9  01DG5302

CARECREDIT
[RTWF850042D]
T&C-PLCC
ORG RT30697AM
10/3/2017-4/1/2019

**SYNCHRONY BANK**

**CARECREDIT CREDIT CARD ACCOUNT AGREEMENT**

**SECTION I: RATES AND FEES TABLE**

**Information from Section I of this Agreement is provided in the accompanying Pricing Information Addendum.**

**SECTION II: RATES, FEES AND PAYMENT INFORMATION OF THE CARECREDIT CREDIT CARD ACCOUNT AGREEMENT**

| How Interest Is Calculated | |
|---|---|
| **Your Interest Rate** | We use a daily rate to calculate the interest on the balance on your account each day. The daily rate for purchases is the APR times 1/365. Interest will be imposed in amounts or at rates not in excess of those permitted by applicable law. See the accompanying Pricing Information Addendum for your specific APR. |
| **When We Charge Interest** | We charge interest on your purchases from the date you make the purchase until you pay the purchase in full. See exceptions below.<br><br>• We will not charge you interest during a billing cycle on any non-promotional purchases if:<br>1. You had no balance at the start of the billing cycle; OR<br>2. You had a balance at the start of the billing cycle and you paid that balance in full by the due date in that billing cycle.<br><br>We always charge interest on promotional purchases and their related fees from the date you make the purchase.<br><br>• We will credit, as of the start of the billing cycle, any payment you make by the due date that we allocate to non-promotional purchases if:<br>1. You had no balance at the start of the previous billing cycle; OR<br>2. You had a balance at the start of the previous billing cycle and you paid that balance in full by the due date in the previous billing cycle. |
| **How We Calculate Interest** | We figure the interest charge on your account separately for each balance type. We do this by applying the daily rate to the daily balance for each day in the billing cycle. A separate daily balance is calculated for the following balance types, as applicable: purchases and balances subject to different interest rates, plans or special promotions. See below for more details on how this works.<br><br>1. How to get the daily balance. We take the starting balance each day, add any new charges and fees, and subtract any payments or credits. This gives us the daily balance. Debt cancellation fees, if any, and late payment fees are treated as new purchases.<br>2. How to get the daily interest amount. We multiply each daily balance by the daily rate that applies.<br>3. How to get the starting balance for the next day. We add the daily interest amount in step 2 to the daily balance from step 1.<br>4. How to get the interest charge for the billing cycle. We add all the daily interest amounts that were charged during the billing cycle for each balance type.<br><br>We charge a minimum interest in any billing cycle in which you owe interest. Interest, as calculated above, is added as applicable to each balance type. Minimum interest charges in excess of the calculated interest are treated as new purchases. See the accompanying Pricing Information Addendum for the amount of your minimum interest charge. |

| How Fees Work | |
|---|---|
| **Late Payment Fee** | See the accompanying Pricing Information Addendum for the amount of this fee. |

**Minimum Payment Calculation**

See the accompanying Variable Terms Addendum for how your total minimum payment is calculated.

**Special Promotional Financing Offer Information**

At times, we may offer you special financing promotions for certain transactions ("special promotions"). The terms of this Agreement apply to any special promotions. However, any special promotional terms that are different than the terms in this Agreement will be explained on promotional advertising or other disclosures provided to you. Below is a description of certain special promotions that may be offered:

| | |
|---|---|
| • No Interest if Paid in Full Within 6 Months | For each promotion, if the promotional purchase is not paid in full within the promotional period, interest will be imposed from the date of purchase at the APR that applies to your account when the promotional purchase is made. |
| • No Interest if Paid in Full Within 12 Months | |
| • No Interest if Paid in Full Within 18 Months | See the accompanying Pricing Information Addendum for your specific APR. |
| • No Interest if Paid in Full Within 24 Months | |

When you make a qualifying purchase under one of these promotions, no interest will be charged on the purchase if you pay the promotional purchase in full within the applicable promotional period. If you do not, interest will be charged on the promotional purchase from the date of the purchase. A minimum purchase amount may be required for promotional offers longer then 6 months. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional balance. Offers are subject to credit approval. These promotional offers may not be available at all providers or at all times for all purchases. Please see any special promotion advertising or other disclosures provided to you for the full terms of any special promotion offered.

FILED DATE: 12/10/2022 8:08 PM    2021112581

FILED DATE: 12/10/2022 8:08 PM   20211125881

## SECTION III: STANDARD PROVISIONS OF THE CARECREDIT CREDIT CARD ACCOUNT AGREEMENT

### ABOUT THE CREDIT CARD ACCOUNT AGREEMENT

**This Agreement.** This is an Agreement between you and Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020, for your credit card account. By opening or using your account, you agree to the terms of the entire Agreement. The entire Agreement includes the four sections of this document and the application you submitted to us in connection with the account. These documents replace any other agreement relating to your account that you or we made earlier or at the same time.

**Parties To This Agreement.** This Agreement applies to each accountholder approved on the account and each of you is responsible for paying the full amount due, no matter which one uses the account. We may treat each of you as one accountholder and may refer to each of you as "you" or "your". Synchrony Bank may be referred to as "we", "us" or "our".

**Changes To This Agreement.** We may change, add or delete terms of this Agreement, including interest rates, fees and charges.

**Special Promotions.** The terms of this Agreement apply to any special promotion. However, any special promotional terms that are different than the terms in this Agreement will be explained on promotional advertising or other disclosures provided to you.

### HOW TO USE YOUR ACCOUNT/CARD

**Use Of Your Account.** You may use your account only for lawful personal, family or household purposes. You may use your account for purchases from providers that accept the card.

**You Promise To Pay.** You promise to pay us for all amounts owed to us under this Agreement.

**Your Responsibility.** Each accountholder will receive a card. You may not allow anyone else to use your account. If you do, or if you ask us to send a card to someone else, you will be responsible for paying for all charges resulting from their transactions.

**Purchase Limits.** To prevent fraud, we may limit the number or dollar amount of purchases you can make in any particular amount of time. We also may decline any particular charge on your account for any reason.

**Credit Limit.** You will be assigned a credit limit that we may increase or decrease from time to time. If we approve a purchase that makes you go over your credit limit, we do not give up any rights under this Agreement and we do not treat it as an increase in your credit limit.

### HOW AND WHEN TO MAKE PAYMENTS

**When Payments Are Due.** You must pay at least the total minimum payment due on your account by 5 p.m. (ET) on the due date of each billing cycle. Payments received after 5 p.m. (ET) will be credited as of the next day. You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. If you have a balance subject to interest, earlier payment may reduce the amount of interest you will pay. We may delay making credit available on your account in the amount of your payment even though we will credit your payment when we receive it.

**Payment Options.** You can pay by mail, online or at certain dealers/merchants/retailers that accept the card and payments. We may allow you to make payments over the phone but we will charge you a fee to make expedited phone payments. Your payment must be made in U.S. dollars by physical or electronic check, money order or a similar instrument from a bank located in the United States.

**How To Make A Payment.** You must follow the instructions for making payments provided on your billing statement. If you do not, credit of your payment may be delayed up to five days. Your billing statement also explains how information on your check is used.

**Payment Allocation.** We will apply the required total minimum payment to balances on your account using any method we choose. Any payment you make in excess of the required total minimum payment will be applied to higher APR balances before lower APR balances. Applicable law may require or permit us to apply excess payments in a different manner in certain situations, such as when your account has a certain type of special promotion.

### INFORMATION ABOUT YOU

**Using and Sharing Your Information.** When you applied for an account, you gave us, providers that accept the card and program sponsors information about yourself that we could share with each other. Providers that accept the card and program sponsors (and their respective affiliates) will use the information in connection with the credit program and for things like creating and updating their records and offering you special benefits. More information about how we use and share information is set forth in the privacy policy for your account.

**Address/Phone Change.** You agree to tell us right away if you change your address or phone number(s). We will contact you at the address or phone number in our records until we update our records with your new address or phone number.

**Consent to Communications.** You consent to us contacting you using all channels of communication and for all purposes. We will use the contact information you provide to us. You also consent to us and any other owner or servicer of your account contacting you using any communication channel. This may include text messages, automatic telephone dialing systems and/or an artificial or prerecorded voice. This consent applies even if you are charged for the call under your phone plan. You are responsible for any charges that may be billed to you by your communications carriers when we contact you.

**Telephone Monitoring.** For quality control, you allow us to listen to or record telephone calls between you and us.

### IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Closing Your Account.** You may close your account at any time by sending a letter to the address shown on your billing statement or calling customer service. We may close your account at any time, for any reason. If your account is closed, you must stop using it. You must still pay the full amount you owe and this Agreement will remain in effect until you do.

**Collection Costs.** If we ask an attorney who is not our salaried employee to collect your account, we may charge you our collection costs. These include court costs and reasonable attorneys' fees.

**Credit Bureau Reporting.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be shown in your credit report. Tell us if you think we reported wrong information about you to a credit bureau. Write to us at Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036. Tell us what information is wrong and why you think it is wrong. If you have a copy of the credit report that includes the wrong information, send us a copy.

**Default.** You are in default if you make a late payment, do not follow any other term of this Agreement or become bankrupt or insolvent. If you default or upon your death, we may (a) request payment of the full amount due right away, (b) take legal action to collect the amounts owed, and/or (c) take any other action allowed.

**Disputed Amounts.** The billing rights summary in section IV of this Agreement describes what to do if you think there is a mistake on your bill. If you send us correspondence about a disputed amount or payment, you must send it to the address for billing inquiries. We do not give up any rights under this Agreement if we accept a payment marked "payment in full" or given with any other conditions or limitations.

**Unauthorized Use.** If your card is lost, stolen or used without your consent, call us immediately at 1-866-396-8254. You will not be liable for unauthorized use on your account, but you will be responsible for all use by anyone you give your card to or allow to use your account.

FILED DATE: 12/10/2022 8:08 PM    20211125881

## IMPORTANT INFORMATION ABOUT THIS AGREEMENT

**Assignment.** We may sell, assign or transfer any or all of our rights or duties under this Agreement or your account, including our rights to payments. We do not have to give you prior notice of such action. You may not sell, assign or transfer any of your rights or duties under this Agreement or your account.

**Enforceability.** If any part of this Agreement is found to be void or unenforceable, all other parts of this Agreement will still apply.

**Governing Law.** Except as provided in the Resolving a Dispute with Arbitration section, this Agreement and your account are governed by federal law and, to the extent state law applies, the laws of Utah without regard to its conflicts of law principles. This Agreement has been accepted by us in Utah.

**Waiver.** We may give up some of our rights under this Agreement. If we give up any of our rights in one situation, we do not give up the same right in another situation.

## RESOLVING A DISPUTE WITH ARBITRATION

**PLEASE READ THIS SECTION CAREFULLY. IF YOU DO NOT REJECT IT, THIS SECTION WILL APPLY TO YOUR ACCOUNT, AND MOST DISPUTES BETWEEN YOU AND US WILL BE SUBJECT TO INDIVIDUAL ARBITRATION. THIS MEANS THAT: (1) NEITHER A COURT NOR A JURY WILL RESOLVE ANY SUCH DISPUTE; (2) YOU WILL NOT BE ABLE TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING; (3) LESS INFORMATION WILL BE AVAILABLE; AND (4) APPEAL RIGHTS WILL BE LIMITED.**

- **What claims are subject to arbitration**
  1. If either you or we make a demand for arbitration, you and we must arbitrate any dispute or claim between you or any other user of your account, and us, our affiliates, agents and/or providers that accept the card or program sponsors if it relates to your account, except as noted below.
  2. We will not require you to arbitrate: (1) any individual case in small claims court or your state's equivalent court, so long as it remains an individual case in that court; or (2) a case we file to collect money you owe us. However, if you respond to the collection lawsuit by claiming any wrongdoing, we may require you to arbitrate.
  3. Notwithstanding any other language in this section, only a court, not an arbitrator, will decide disputes about the validity, enforceability, coverage or scope of this section or any part thereof (including, without limitation, the next paragraph of this section and/or this sentence). However, any dispute or argument that concerns the validity or enforceability of the Agreement as a whole is for the arbitrator, not a court, to decide.

- **No Class Actions**
  YOU AGREE NOT TO PARTICIPATE IN A CLASS, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION AGAINST US IN COURT OR ARBITRATION. ALSO, YOU MAY NOT BRING CLAIMS AGAINST US ON BEHALF OF ANY ACCOUNTHOLDER WHO IS NOT AN ACCOUNTHOLDER ON YOUR ACCOUNT, AND YOU AGREE THAT ONLY ACCOUNTHOLDERS ON YOUR ACCOUNT MAY BE JOINED IN A SINGLE ARBITRATION WITH ANY CLAIM YOU HAVE.

  If a court determines that this paragraph is not fully enforceable, only this sentence will remain in force and the remainder will be null and void, and the court's determination shall be subject to appeal. This paragraph does not apply to any lawsuit or administrative proceeding filed against us by a state or federal government agency even when such agency is seeking relief on behalf of a class of borrowers, including you. This means that we will not have the right to compel arbitration of any claim brought by such an agency.

- **How to start an arbitration, and the arbitration process**
  1. The party who wants to arbitrate must notify the other party in writing. This notice can be given after the beginning of a lawsuit or in papers filed in the lawsuit. Otherwise, your notice must be sent to Synchrony Bank, Legal Operation, P.O. Box 29110, Shawnee Mission, KS 66201-5320, ATTN: ARBITRATION DEMAND. The party seeking arbitration must select an arbitration administrator, which can be either the American Arbitration Association (AAA), 120 Broadway, Floor 21, New York, NY 10271, www.adr.org, 1-800-778-7879, or JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com, 1-800-352-5267. If neither administrator is able or willing to handle the dispute, then the court will appoint an arbitrator.
  2. If a party files a lawsuit in court asserting claim(s) that are subject to arbitration and the other party files a motion with the court to compel arbitration, which is granted, it will be the responsibility of the party asserting the claim(s) to commence the arbitration proceeding.
  3. The arbitration administrator will appoint the arbitrator and will tell the parties what to do next. The arbitrator must be a lawyer with at least ten years of legal experience. Once appointed, the arbitrator must apply the same law and legal principles, consistent with the FAA, that would apply in court, but may use different procedural rules. If the administrator's rules conflict with this Agreement, this Agreement will control.
  4. The arbitration will take place by phone or at a reasonably convenient location. If you ask us, we will pay all the fees the administrator or arbitrator charges, as long as we believe you are acting in good faith. We will always pay arbitration costs, as well as your legal fees and costs, to the extent you prevail on claims you assert against us in an arbitration proceeding which you have commenced.

- **Governing Law for Arbitration**
  This Arbitration section of your Agreement is governed by the Federal Arbitration Act (FAA). Utah law shall apply to the extent state law is relevant under the FAA. The arbitrator's decision will be final and binding, except for any appeal right under the FAA. Any court with jurisdiction may enter judgment upon the arbitrator's award.

- **How to reject this section**
  You may reject this Arbitration section of your Agreement. If you do that, only a court may be used to resolve any dispute or claim. To reject this section, you must send us a notice within 60 days after you open your account or we first provided you with your right to reject this section. The notice must include your name, address and account number, and must be mailed to Synchrony Bank, P.O. Box 965012, Orlando, FL 32896-5012. This is the only way you can reject this section.

### SECTION IV: OTHER IMPORTANT INFORMATION OF THE CARECREDIT CREDIT CARD ACCOUNT AGREEMENT

NOTICE FOR ACTIVE DUTY MILITARY MEMBERS AND THEIR DEPENDENTS: The following disclosures apply to you if you open your Account on or after October 3, 2017 and, at the time your account is opened, you are a "covered borrower" as defined in the Military Lending Act, which includes eligible active duty members of the Armed Forces and their dependents:

1. The provision in the Cardholder Agreement called "Resolving a Dispute with Arbitration" will not apply to your Account.

2. Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36 percent. This rate must include, as applicable to the credit transaction or account: the costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

3. You can call 855-367-4541 to hear the information in item 2 (above) and a description of the payment obligation for your Account.

The rest of the language in this section of the agreement includes state notices, billing rights summary and rewards terms (if applicable) and is not required to be provided as part of the request for customer agreement.

CARECREDIT
[RTWF8500420]
T&C-PLCC
ORG RT30697AM
10/3/2017-4/1/2019

(3)

FILED DATE: 12/10/2022 8:08 PM   20211125881

## SYNCHRONY BANK
## VARIABLE TERMS ADDENDUM

**Minimum Payment Calculation.** Your total minimum payment will be calculated as follows:

The sum of:

a.   The greater of either:

   (i)  $29; OR

   (ii) 3.25% of the new balance shown on your billing statement; OR

   (iii) The sum of 1% of your new balance shown on your billing statement plus interest and late payment fees charged in the current billing cycle; PLUS

b.   Any past due amounts; PLUS

c.   Any payment due in connection with a special promotional purchase with a unique payment calculation.

We round up to the next highest dollar in figuring your total minimum payment. Your total minimum payment will never be more than your new balance.

[29/3.25++].VTA]

**Temp B1**
**[RT20280A]**

### SYNCHRONY BANK
### CREDIT CARD AGREEMENT
### PRICING INFORMATION ADDENDUM

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | **26.99%**<br><br>The daily rate for purchases is 0.07395%. |
| **Paying Interest** | Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on promotional purchases on the purchase date. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $2.00. |

| Fees | |
|---|---|
| **Transaction Fees** | Not Applicable |
| **Penalty Fees**<br>• Late Payment | Up to $40<br><br>The amount of the late payment fee will be equal to: (1) $29 if you have paid at least your total minimum payment due by the due date in each of the prior six billing cycles or (2) $40 if you have failed to pay at least the total minimum payment due by the due date in any one or more of the prior six billing cycles. However, if the late payment fee would exceed the total minimum payment for which the late payment fee is assessed, the amount of the late payment fee will instead be equal to the amount of the total minimum payment that was due. |
| • Returned Payment | **Not Applicable** |

**How We Will Calculate Your Balance:** We use a method called "daily balance". See your Credit Card Agreement for more details.

FILED DATE: 12/10/2022 8:08 PM 2021125881

FILED DATE: 11/14/2022 4:04 PM   20211125881

# EXHIBIT B

FILED DATE: 12/10/2021 9:48 RM

20211125881

FILED
12/10/2021 9:48 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

Synchrony Bank

Plaintiff(s),

v.

Diana Volarevic

Defendant(s),

Diana Volarevic
3639 N Pine Grove Ave Apt 16f, Chicago IL
60613-4540

Address of Defendant(s).

Case No. 20211125881          15903928

Amount Claimed: $2,520.46 plus costs

ERP Case Management Date: _____

Time: _____ Room:

**PLEASE SEE ATTACHED FOR ADDITIONAL
ZOOM INSTRUCTIONS**

Please serve as follows: ☐ Certified Mail ☒ Sheriff Service ☐ Alias (Plaintiff Check one)

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint. All hearings are held virtually.

Your case may be subject to the Cook County Early Resolution Program. Please see attachments for more information.

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

GETTING COURT DOCUMENTS BY EMAIL: You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**
You have been sued. Read all of the documents attached to this Summons.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. Appearance and Answer/Response forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
cookcountyclerkofcourt.org
Page 1 of 4

FILED DATE: 12/10/2022 9:48 AM 20211125881

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than (30) days after its date.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Atty. No.: 32887
Blitt and Gaines, P.C.
Attorney for: Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(888) 920-0620 TTY: 711
Fax: (847) 499-7599
pleadings2@blittandgaines.com

WITNESS _____, _____

12/10/2021 9:48 AM IRIS Y. MARTINEZ

**IRIS Y. MARTINEZ, Circuit Court Clerk**

Date of Service: _____
(To be inserted by Officer on copy left with Defendant or other person)

21000769

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
cookcountyclerkofcourt.org
Page 2 of 4

(03/27/19) CCM 0649 C

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at (312) 603-5116 with additional questions.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

cookcountyclerkofcourt.org

FILED DATE: 12/10/2022 8:08 RM 20211125881

FILED DATE: 12/10/2022 8:08 PM 20211125881

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS**

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602
- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077
- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153
- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455
- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428
- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607
- Juvenile Center Building
  2245 W Ogden Ave Rm 13
  Chicago, IL 60602
- Criminal Court Building
  2650 S California Ave. Rm 526
  Chicago, IL 60608

**Daley Center Division/Departments**

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
cookcountyclerkofcourt.org

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC

FILED DATE: 12/10/2022 8:08 PM 2021112588I



## Cook County
# LEGAL AID
### for Housing and Debt

*Helping you resolve eviction, foreclosure, debt, and tax deed issues.*

## FREE LEGAL HELP FOR RESIDENTS OF COOK COUNTY

**Are you dealing with an eviction or unresolved debt issue?**

**Do you live in Cook County?**

**You are not in this alone. You may be eligible for FREE legal help.**

Learn more by calling 855-956-5763 or visiting www.cookcountylegalaid.org

Evictions and unresolved debt issues can have a long-lasting, negative impact on your future. Call the **Early Resolution Program** (ERP) to speak with a lawyer and get connected to other resources. This program is available to all residents of Cook County free of charge. You do not need to have a case in court to get help.

### You can use the program if:

**You are a renter and your landlord is trying to evict you;**

**You are a landlord who is not represented by a lawyer;**

**You were sued by someone who wants to collect an unpaid debt (for example a credit card company trying to collect unpaid charges); OR**

**You need to sue someone who owes you money and do not have a lawyer.**

The Early Resolution Program (ERP) includes free legal aid, mediation services, and connections to other resources including rental assistance. Mediation is a chance for a landlord and tenant, or debtor and creditor, to resolve issues with the help of a knowledgeable and neutral person.

The Early Resolution Program is being provided through Cook County Legal Aid for Housing and Debt (CCLAHD), a county-wide initiative to help resolve eviction, foreclosure, debt, and tax deed issues. Visit www.cookcountylegalaid.org for information about other programs and services.






CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

This communication Gais from 22 ebt-06153 D Dbu teant attempted to collect a 12/01/22 t Page 88 of 105 Page ID #88 tained will be used for that purpose.

TYPE: Court NTC

FILED DATE: 12/10/2022 8:08 RM   20211125881



# AYUDA LEGAL
## para viviendas y deudas
## del Condado de Cook

*Ayuda para resolver problemas de desalojo, ejecución de hipotecas, deudas y escrituras de impuesto.*

## AYUDA LEGAL GRATUITA PARA RESIDENTES DE CONDADO DE COOK

**¿Está enfrentando un problema de desalojo o deuda no resuelta?**

**¿Vive en el condado de Cook?**

**No está solo en esto. Puede ser elegible para recibir ayuda legal GRATIS.**

Para obtener mas información, llame al 855-956-5763 o visite www.cookcountylegalaid.org

Los problemas de desalojo y deudas no resueltas pueden tener un impacto negativo y duradero en su futuro. Llame al **Programa de Resolución Temprana** (ERP, Early Resolution Program) para hablar con un abogado y conectarse con otros recursos. Este programa esta disponible para todos los residentes de condado de Cook sin costo. No es necesario que tenga un caso en tribunales para obtener ayuda.

## Puede usar el programa si:

es inquilino y el dueño intenta desalojarlo;

es dueño y no tiene un abogado representante;

recibió una demanda de alguien que desea cobrar una deuda no pagada (por ejemplo, una empresa de tarjetas de crédito intenta cobrar cargos no pagados); O BIEN

necesita demandar a alguien que le debe dinero y no tiene un abogado.

---

El Programa de Resolución Temprana (ERP) incluye ayuda legal gratuita, servicios de mediación y conexiones con otros recursos, como ayuda de arrendamiento. La mediación es una oportunidad para que un dueño y un inquilino, o un deudor y un acreedor, resuelvan los problemas con la ayuda de una persona neutral y con conocimientos.

El Programa de Resolución Temprana se proporciona a través de Ayuda Legal para Vivienda y Deudas del Condado de Cook (CCLAHD, Cook County Legal Aid for Housing and Debt), una iniciativa en todo el condado para ayudar a resolver problemas de desalojo, ejecución de hipotecas, deudas y certificados de dominio de venta fiscal. Visite www.cookcountylegalaid.org para obtener información acerca de otros programas y servicios.

   

CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC

FILED DATE: 12/10/2022 8:08 RM    20211125881



# Hrabstwo Cook
## POMOC PRAWNA
### na mieszkania i długi

*Pomoc na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, długami oraz sprawami podatkowymi.*

## BEZPŁATNA POMOC PRAWNA DLA MIESZKAŃCÓW HRABSTWA COOK

**Czy borykasz się z widmem eksmisji lub nierozwiązaną kwestią zadłużenia? Czy mieszkasz w hrabstwie Cook? Nie jesteś w tym sam(a). Może Ci przysługiwać BEZPŁATNA pomoc prawna.**

### Uzyskaj więcej informacji, dzwoniąc pod numer 855-956-5763 lub odwiedzając stronę internetową www.cookcountylegalaid.org

Sprawy takie jak eksmisja czy nierozwiązane kwestie zadłużenia mogą mieć długotrwały i negatywny wpływ na Twoją przyszłość. Skontaktuj się z personelem Early Resolution Program (ERP), aby porozmawiać z prawnikiem lub uzyskać dostęp do innych zasobów. Program ten jest nieodpłatnie dostępny dla wszystkich mieszkańców hrabstwa Cook. Nie musisz mieć sprawy w sądzie, aby uzyskać pomoc.

### Możesz skorzystać z programu, jeśli:

**Wynajmujesz mieszkanie lub dom, a jego właściciel zamierza Cię eksmitować;**

**Wynajmujesz komuś mieszkanie lub dom, a nie masz prawnika;**

**Zostałeś/-aś pozwany/-a do sądu przez kogoś, kto chce od Ciebie ściągnąć niezapłacony dług (na przykład firma obsługująca karty kredytowe, której zalegasz z tytułu nieuiszczonych opłat); LUB**

**Zamierzasz pozwać kogoś, kto jest Ci dłużny pieniądze, a nie masz prawnika.**

W ramach Early Resolution Program (ERP) możesz uzyskać dostęp do bezpłatnej pomocy prawnej, usług mediatora, a także innych form wsparcia, takich jak pomoc z czynszem. Mediacje to dla właściciela i najemcy bądź dłużnika i wierzyciela szansa na rozwiązanie problemów dzięki pomocy kompetentnego i bezstronnego specjalisty.

**Projekt Early Resolution Program jest prowadzony w ramach Cook County Legal Aid for Housing and Debt (CCLAHD) — inicjatywy wdrożonej na terenie całego hrabstwa na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, długami oraz sprawami podatkowymi. Odwiedź stronę www.cookcountylegalaid.org, aby uzyskać informacje o innych programach i usługach.**






CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC

## CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## FIRST MUNICIPAL DISTRICT CIVIL DIVISION
## GENERAL ORDER 2020-12

**REMOTE COURT HEARINGS GENERALLY.** Beginning July 6, 2020 all First Municipal District Civil Cases will be heard via Zoom conference on the date and time the matter has been set by order of the Court. All parties shall be notified of the date and time by the clerk. Remote participation in court proceedings by video conference requires an internet connection. Parties may enter www.zoom.us in their browser and select "Join a Meeting" on the home page where they will be e prompted to enter the "Meeting ID" and "Password." To access the video conference, parties must enter the Meeting ID Password that corresponds to the courtroom where their case is pending listed in the following "Schedule of First Municipal Courtroom, Zoom Meeting IDs and Passwords" (hereinafter the "Schedule").

### ZOOM MEETING IDS AND PASSWORDS

| COURTROOM | ZOOM MEETING ID | ZOOM SESSION PASSWORD |
|-----------|-----------------|----------------------|
| 409 | 924 2449 2824 | 346609 |
| 1101 | 952 3043 8872 | 317905 |

1

TYPE: Court NTC

| 1102 | 941 3131 4606 | 361176 |
|------|---------------|--------|
| 1104 | 980 6912 3450 | 195933 |
| 1106 | 912 0010 9326 | 455806 |
| 1108 | 964 2925 3412 | 241565 |
| 1110 | 937 6444 5664 | 172880 |
| 1112 | 939 2925 9546 | 821022 |
| 1302 | 922 8830 9469 | 480525 |
| 1304 | 968 5798 1338 | 593485 |
| 1306 | 920 4115 9796 | 715348 |
| 1307 | 947 9378 9734 | 712192 |
| 1308 | 922 9098 9545 | 499080 |
| 1310 | 954 2504 0966 | 029524 |
| 1401 | 930 9949 4868 | 544388 |
| 1402 | 914 3045 9929 | 898778 |
| 1403 | 944 1848 7325 | 087880 |
| 1404 | 938 9278 5386 | 132873 |
| 1406 | 914 5130 7835 | 826324 |
| 1408 | 953 1943 0522 | 159886 |
| 1409 | 973 7875 2758 | 026297 |
| 1410 | 987 2834 2570 | 467433 |
| 1501 | 970 2938 9818 | 380923 |
| 1503 | 939 9214 4482 | 773102 |
| 1505 | 986 6707 2390 | 532802 |
| 1510 | 919 3031 9452 | 814638 |

Parties will be admitted to a "waiting room" and the court will "admit" them to the "meeting" when the call begins or when their case is called. Absent an internet connection, remote participation in court proceedings is possible by telephone by dialing (312) 626-6799 and, when prompted, entering the same Meeting ID and Password contained in the Schedule. Those who lack access to a computer or smart phone may appear in person on the date and time as notified by the clerk.

FILED DATE: 12/16/2022 8:08 AM 20211125881

FILED DATE: 11/14/2022 4:04 PM   20211125881

# EXHIBIT C

EXHIBIT C




FILED DATE: 11/14/2022 4:04 PM 20211125881

**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

| | | | | | |
|---|---|---|---|---|---|
| **CASE NUMBER:** 20211125881 | **SHERIFF NUMBER:** 50128353 | **MULT. SER.:** 1 | **DOC. TYPE:** SMMNS |

**DIE DATE:** 01/11/2022   **RECEIVED DATE:** 12/21/2021   **FILED DATE:** 12/10/2021   **DIST:** 613

| | |
|---|---|
| **DEFENDANT:** VOLAREVIC, DIANA | **PLAINTIFF:** SYNCHRONY BANK |
| **ADDRESS:** 3639 N PINE GROVE | **ATTORNEY:** BLITT GAINES PC |
| **CITY:** CHICAGO | **ADDRESS:** 3639 CORPORATE WOODS PKY |
| **STATE:** IL   **ZIP CODE:** 60613 | **CITY:** VERNON HILLS |
| **ATTACHED FEE AMT:** | **STATE:** IL   **ZIP CODE:** 60061 |
| **SERVICE INFORMATION:** | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☑ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE  DAY OF _  20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☐ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

☐ **(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

**WRIT SERVED ON:** DIANA VOLAREVIC                    ATTEMPTED SERVICES

**SEX:** F   **RACE:** WH   **AGE:** 29                    Date        Time        Star #

**THIS** 11 **DAY OF** Januar 20 22
y

**TIME:** 10:29 AM

THOMAS J. DART,
SHERIFF, BY: /S/   LOPEZ, JORGE #11535                    , DEPUTY

Page 1 of 2



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 20211125881    **SHERIFF NUMBER:** 50128353    **MULT. SER.:** 1    **DOC. TYPE:** SMMNS
**DIE DATE:** 01/11/2022    **RECEIVED DATE:** 12/21/2021    **FILED DATE:** 12/10/2021    **DIST:** 613

| Date | Time | Star # |
|------|------|--------|

FILED DATE: 11/14/2022 4:04 PM    20211125881

FILED DATE: 11/14/2022 4:04 PM 20211125881

**EXHIBIT D**

EXHIBIT D

21000769

FILED DATE: 11/14/2022 4:04 PM   20211125881

DIANA VOLAREVIC
3639 N PINE GROVE AVE APT 16F
CHICAGO, IL 60613-4540

**"This communication is from a debt collector"**

**FOR MAILING PURPOSES ONLY**

PL11

FILED DATE: 11/14/2022 4:04 PM 20211125881

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT, CIVIL DIVISION

Synchrony Bank

    Plaintiff,

    vs.

Diana Volarevic

    Defendant(s).

Case No.: 21 M1 125881
Court Date: 11/29/2022 at 2:00 P.M.

NOTICE OF MOTION

TO:    Diana Volarevic
    3639 N Pine Grove Ave Apt 16f
    Chicago Il 60613-4540

PLEASE TAKE NOTICE that on SEE ABOVE in room 1104 the undersigned will appear before the presiding judge via zoom conference (please see attached zoom instructions), Cook County Courthouse, 50 West Washington Street, Chicago, IL 60602, and then and there present the following motion, a true copy of which is served upon you herewith.

MOTION FOR DEFAULT AND JUDGMENT

    I, the undersigned, certify that I served this Notice by the method checked below.

    Name: Diana Volarevic
    Address: 3639 N Pine Grove Ave Apt 16f, Chicago Il 60613-4540
    Email:

☐ Personal Delivery    ☐ Messenger
☒ US Mail, Postage Prepaid    ☐ Facsimile
☐ Email

PROOF OF SERVICE

/s/ Christopher Savage O2BC #057923

Attorney for Plaintiff

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above signed certified that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the above signed certified as aforesaid that he verify believes the same to be true.

By: _/s/ Christopher Savage_    Date: _11/04/2022_

/s/ Christopher Savage O2BC #057923

Please feel free to contact our office to further discuss your account.

Blitt and Gaines, P.C.
Attorney for Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
Website www.blittandgaines.com
Email: contactus@blittandgaines.com
Legal Pleadings: ILpleadings@blittandgaines.com
Toll Free Number: (888) 920-0620 TTY: 711 P
Fax: (847) 499-7599 F
FILE NO: 21000769
TYPE: Notice
32887

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

FILED DATE: 11/14/2022 4:04 PM   20211125881

TYPE: Court NTC

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

## CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## FIRST MUNICIPAL DISTRICT CIVIL DIVISION
## GENERAL ORDER 2020-12

**REMOTE COURT HEARINGS GENERALLY.** Beginning July 6, 2020 all First Municipal District Civil Cases will be heard via Zoom conference on the date and time the matter has been set by order of the Court. All parties shall be notified of the date and time by the clerk. Remote participation in court proceedings by video conference requires an internet connection. Parties may enter www.zoom.us in their browser and select "Join a Meeting" on the home page where they will be prompted to enter the "Meeting ID" and "Password." To access the video conference, parties must enter the Meeting ID Password that corresponds to the courtroom where their case is pending listed in the following "Schedule of First Municipal Courtroom, Zoom Meeting IDs and Passwords" (hereinafter the "Schedule").

### ZOOM MEETING IDS AND PASSWORDS

| COURTROOM | ZOOM MEETING ID | ZOOM SESSION PASSWORD |
|---|---|---|
| 409 | 924 2449 2824 | 346609 |
| 1101 | 952 3043 8872 | 317905 |

1

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC

| | | |
|---|---|---|
| 1701 | 952 3043 8872 | 317905 |
| 1102 | 941 3131 4606 | 361176 |
| 1104 | 980 6912 3450 | 195933 |
| 1106 | 912 0010 9326 | 455806 |
| 1108 | 964 2925 3412 | 241565 |
| 1110 | 937 6444 5664 | 172890 |
| 1112 | 939 2925 9564 | 821022 |
| 1302 | 922 8830 9469 | 480525 |
| 1304 | 968 5799 1336 | 593485 |
| 1306 | 920 4115 9796 | 715348 |
| 1307 | 947 9378 9734 | 712192 |
| 1308 | 922 9098 9545 | 499080 |
| 1310 | 954 2504 0966 | 029524 |
| 1401 | 930 9949 4868 | 544388 |
| 1402 | 914 3045 9929 | 898778 |
| 1403 | 944 1848 7325 | 087580 |
| 1404 | 938 9278 5386 | 132573 |
| 1406 | 914 5130 7835 | 826324 |
| 1408 | 953 1943 0522 | 159886 |
| 1409 | 973 7875 2758 | 026297 |
| 1410 | 987 2834 2570 | 467433 |
| 1501 | 970 2938 9818 | 360923 |
| 1503 | 939 9214 4482 | 773102 |
| 1505 | 986 6707 2390 | 532802 |
| 1510 | 919 3031 9452 | 814638 |

Parties will be admitted to a "waiting room" and the court will "admit" them to the "meeting" when the call begins or when their case is called. Absent an internet connection, remote participation in court proceedings is possible by telephone by dialing (312) 626-6799 and, when prompted, entering the same Meeting ID and Password contained in the Schedule. Those who lack access to a computer or smart phone may appear in person on the date and time as notified by the clerk.

FILED DATE: 11/14/2022 4:04 PM 20211125681

FILED DATE: 11/14/2022 4:04 PM  20211125881

TYPE: Court NTC

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

## Cook County
## LEGAL AID
### for Housing and Debt



*Helping you resolve eviction, foreclosure, debt, and tax deed issues.*

# FREE LEGAL HELP FOR RESIDENTS OF COOK COUNTY

## Are you dealing with an eviction or unresolved debt issue?

### Do you live in Cook County?

You are not in this alone. You may be eligible for FREE legal help.

Learn more by calling 855-956-5763 or visiting www.cookcountylegalaid.org

Evictions and unresolved debt issues can have a long-lasting, negative impact on your future. Call the **Early Resolution Program** (ERP) to speak with a lawyer and get connected to other resources. This program is available to all residents of Cook County free of charge. You do not need to have a case in court to get help.

### You can use the program if:

You are a renter and your landlord is trying to evict you;

You are a landlord who is not represented by a lawyer;

You were sued by someone who wants to collect an unpaid debt (for example a credit card company trying to collect unpaid charges); OR

You need to sue someone who owes you money and do not have a lawyer.

The Early Resolution Program (ERP) includes free legal aid, mediation services, and connections to other resources including rental assistance. Mediation is a chance for a landlord and tenant, or debtor and creditor, to resolve issues with the help of a knowledgeable and neutral person.

The Early Resolution Program is being provided through Cook County Legal Aid for Housing and Debt (CCLAHD), a county-wide initiative to help resolve eviction, foreclosure, debt, and tax deed issues. Visit www.cookcountylegalaid.org for information about other programs and services.







CARPLS Legal Aid
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic, Inc.
Lawyers' Committee for Better Housing
Legal Aid Society

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

TYPE: Court NTC

FILED DATE: 11/14/2022 4:04 PM 2021125881

# AYUDA LEGAL
para viviendas y deudas
del Condado de Cook



*Ayuda para resolver problemas de desalojo, ejecución de hipotecas, deudas y escrituras de impuesto.*

## AYUDA LEGAL GRATUITA PARA RESIDENTES DE CONDADO DE COOK

**¿Está enfrentando un problema de desalojo o deuda no resuelta?**

**¿Vive en el condado de Cook?**

**No está solo en esto. Puede ser elegible para recibir ayuda legal GRATIS.**

Para obtener mas información, llame al 855-956-5763 o visite www.cookcountylegalaid.org

Los problemas de desalojo y deudas no resueltas pueden tener un impacto negativo y duradero en su futuro. Llame al **Programa de Resolución Temprana** (ERP, Early Resolution Program) para hablar con un abogado y conectarse con otros recursos. Este programa esta disponible para todos los residentes de condado de Cook sin costo. No es necesario que tenga un caso en tribunales para obtener ayuda

**Puede usar el programa si:**

es inquilino y el dueño intenta desalojarlo;

es dueño y no tiene un abogado representante;

recibió una demanda de alguien que desea cobrar una deuda no pagada (por ejemplo, una empresa de tarjetas de crédito intenta cobrar cargos no pagados); O BIEN

necesita demandar a alguien que le debe dinero y no tiene un abogado.

El Programa de Resolución Temprana (ERP) incluye ayuda legal gratuita, servicios de mediación y conexiones con otros recursos, como ayuda de arrendamiento. La mediación es una oportunidad para que un dueño y un inquilino, o un deudor y un acreedor, resuelvan los problemas con la ayuda de una persona neutral y con conocimientos.

El Programa de Resolución Temprano se proporciona a través de Ayuda Legal para Vivienda y Deudas del Condado de Cook (CCLAHD, Cook County Legal Aid for Housing and Debt), una iniciativa en todo el condado para ayudar a resolver problemas de desalojo, ejecución de hipotecas, deudas y certificados de dominio de venta fiscal. Visite www.cookcounty.legalaid.org para obtener información acerca de otros programas y servicios.







FILED DATE: 11/14/2022 4:04 PM 20211125881

TYPE: Court NTC

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

# Hrabstwo Cook
## POMOC PRAWNA
## na mieszkania i długi

*Pomoc na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, oraz sprawami podatkowymi.*

## BEZPŁATNA POMOC PRAWNA DLA MIESZKAŃCÓW HRABSTWA COOK

**Czy borykasz się z widmem eksmisji lub nierozwiązaną kwestią zadłużenia?**

**Czy mieszkasz w hrabstwie Cook? Może Ci przysługiwać BEZPŁATNA pomoc prawna.**

**Nie jesteś w tym sam(a). Może Ci przysługiwać BEZPŁATNA pomoc prawna.**

Uzyskaj więcej informacji, dzwoniąc pod numer 855-956-5763
lub odwiedzając stronę internetową www.cookcountylegalaid.org

### Możesz skorzystać z programu, jeśli:

Sprawy takie jak eksmisja czy
nierozwiązane kwestie zadłużenia mogą
mieć długotrwały i negatywny wpływ
na Twoją przyszłość. Skontaktuj się z
personelem Early Resolution Program
(ERP), aby porozmawiać z prawnikiem
lub uzyskać dostęp do innych zasobów.
Program ten jest nieodpłatnie dostępny
dla wszystkich mieszkańców hrabstwa
Cook. Nie musisz mieć sprawy w sądzie,
aby uzyskać pomoc.

Wynajmujesz mieszkanie lub dom, a jego
właściciel zamierza Cię eksmitować;

Wynajmujesz komuś mieszkanie lub dom, a nie
masz prawnika;

Zostałeś/-aś pozwany/-a do sądu przez kogoś,
kto chce od Ciebie ściągnąć niezapłacony dług
(na przykład firma obsługująca Karty Kredytowe,
której zalegasz z tytułu nieuiszczonych opłat);
**LUB**

Zamierzasz pozwać kogoś, kto jest Ci dłużny
pieniądze, a nie masz prawnika.

W ramach Early Resolution Program (ERP) możesz uzyskać dostęp do bezpłatnej pomocy prawnej,
usług mediatora, a także innych form wsparcia, takich jak pomoc z czynszem. Mediacje to dla
właścicieli i najemcy bądź dłużnika i wierzyciela szansa na rozwiązanie problemów dzięki pomocy
kompetentnego i bezstronnego specjalisty.

Projekt Early Resolution Program jest prowadzony w ramach Cook County Legal Aid for Housing
and Debt (CCLAHD) — inicjatywy wdrożonej na terenie całego hrabstwa na rzecz rozwiązywania
problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, długami oraz sprawami
podatkowymi. Odwiedź stronę www.cookcountylegalaid.org, aby uzyskać informacje o innych
programach i usługach.




CARPLS Legal Aid
Center for Conflict Resolution
Chicago Volunteer Legal Services


Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society







IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Synchrony Bank

        Plaintiff,

    vs.                      No. 21 M1 125881

Diana Volarevic

        Defendant(s).

**MOTION FOR DEFAULT AND JUDGMENT**

    NOW COMES the Plaintiff, Synchrony Bank, by and through its attorneys, Blitt and Gaines, P.C., and moves this court for entry of an order of default and judgment, in support thereof states as follows:

1.    A complaint in the above-captioned matter was filed to collect amounts due and owing.

2.    Defendant(s) were properly served and have failed to file an appearance or otherwise plead.

    Wherefore, Plaintiff respectfully requests that this court enter judgment for the amount as set forth in the Verified Complaint.

/s/ Christopher Kruzynski QBC #6336213

Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(888) 920-0620 TTY: 711 P
(847) 499-7599 F
pleadings2@blittandgaines.com
32887

FILENO: 21000769
Type: Motion for Default and JE

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

# Search Results

By using this search tool, you acknowledge that it is solely your responsibility to verify any information you may obtain herein before relying on said information for any type of legal action.

Case Number
20211125881

Sheriff Number
50128353

Name
VOLAREVIC, DIANA

Address
3639 N PINE GROVE AVE, APT 16F, CHICAGO, IL 60613

Status
SERVED

Service Date
01/11/2022 10:29 AM

Service Type
Personal Service

Served On
DIANA VOLAREVIC

Race: White

Gender: Female

Remarks
TWO TIMES TO SERVED DEFEDANT.

Search Again (/CivilProcess)

# User Instruction Guides

Click on the following links to view instructions that will guide you throughout the case filing process:

Introduction (/Content/PDF/ManualIntroductionPDF.pdf)

Log in and Select Language (/Content/PDF/LanguageAndLogin.pdf)

Creating an Account (/Content/PDF/AccountCreation.pdf)

Access the New E-File Case Page (/Content/PDF/AccessNewEfileCasePage.pdf)

FILED DATE: 11/14/2022 4:04 PM   20211125881

https://sheriffefile.ccsheriff.org/CivilProcess/SearchResults

1/12/22, 2:58 AM

Search Results - Cook County Sheriff

# E-File Instructional Video

Full Instruction Guide (/Content/PDF/CCSO-EFile-Full-User-Guide.pdf)

Receipts (/Content/PDF/Receipts.pdf)

Payment (/Content/PDF/PayViaLexisNexis.pdf)

Summary (/Content/PDF/Summary.pdf)

Uploading Documents to Service Requests (/Content/PDF/AddingDocumentsToServices.pdf)

Add a Service (/Content/PDF/AddAService.pdf)

Create New E-File (/Content/PDF/CreateNewEfileCase.pdf)